UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL NEVAREZ and PRISCILLA NEVAREZ,<br>            Plaintiffs,<br>v.<br><br>CITY OF ALAMEDA; GREENWAY GOLF ASSOCIATES, INC. dba CORICA PARK GOLF COURSE; DIALEMI, INC. dba JIM'S ON THE COURSE,<br><br>            Defendants. | Case No.  4:20-cv-08302-JST<br><u>Civil Rights</u><br><br>~~PROPOSED~~ **JUDGMENT IN A CIVIL ACTION**<br><br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: November 24, 2020<br>Trial Date:  Not assigned |

Defendant Greenway Golf Associates, Inc.'s Rule 68 Offer of Judgment and Rule 68 Revised Offer of Judgment for Plaintiffs' Fees and Costs having been timely accepted by Plaintiffs Abdul Nevarez and Priscilla Nevarez ("Plaintiffs"), the Court enters the following against Defendant Greenway Golf Associates, Inc. ("Greenway Golf"):

(1) a Consent Decree and Order and Attachments A & B, attached to this Judgment as **Exhibit A**;

(2) Judgment against Greenway Golf for Plaintiffs' damages in the sum of forty-thousand dollars and no cents ($40,000.00) to be paid as follows: $20,000.00 within thirty (30) days of entry of the Judgment and $20,000.00 to be paid within 90 days of entry of the Judgment;

(3) Judgment against Greenway Golf for Plaintiffs' attorneys' fees, litigation expenses, and costs in the sum of eighty-thousand dollars and no cents ($80,000.00), to be paid as follows: $40,000.00 by ~~December 31, 2022~~ March 3, 2023; $20,000.00 by March 31, 2023; and $20,000.00 by June 30, 2023; and

(4) post-judgment interest shall accrue on Plaintiffs' damages, commencing on the thirty-

first (31st) day following entry of this Judgment at the rate provided by 28 U.S.C. § 1961.

This action was decided by District Judge Jon S. Tigar upon Plaintiffs' Notice of Acceptance of Defendant Greenway Golf Associates, Inc.'s Rule 68 Offer of Judgment (Docket No. 38), and Plaintiffs' Notice of Acceptance of Defendant Greenway Golf Associates, Inc.'s Revised Offer of Judgment under FRCP Rule 68 for Plaintiffs' Fees and Costs (Docket No. 41).

DATED:  February 16 , 2023

_____
Honorable Jon S. Tigar
United States District Judge

**EXHIBIT A**

DocuSign Envelope ID: 0C5C7E5D-8DD5-475A-A180-9FC75843BDA0

1  Catherine Cabalo (CA Bar No. 248198)
2  Peiffer Wolf Carr Kane Conway & Wise, LLP
   4 Embarcadero Center, 14th Floor
3  San Francisco, CA 94111
   Telephone: 415.766.3592
4  Facsimile: 415.402.0058
   Email: ccabalo@peifferwolf.com
5

6  *Attorneys for Plaintiffs*
   *Abdul Nevarez and Priscilla Nevarez*
7

8  *\* Attorneys for Defendant Greenway Golf*
   *Associates, Inc. listed after the caption.*
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13  ABDUL NEVAREZ and PRISCILLA          )  Case No.  4:20-cv-08302-JST
    NEVAREZ,                             )  Civil Rights
14                                       )
                   Plaintiffs,           )
15         v.                            )  **CONSENT DECREE AND [PROPOSED]**
                                         )  **ORDER AS TO INJUNCTIVE RELIEF**
16  CITY OF ALAMEDA; GREENWAY GOLF       )  **& DAMAGES ONLY RE: GREENWAY**
    ASSOCIATES, INC. dba CORICA PARK     )  **GOLF ASSOCIATES, INC. ONLY**
17  GOLF COURSE; DIALEMI, INC. dba JIM'S )
    ON THE COURSE,                       )  Complaint Filed: November 24, 2020
18                                       )  Trial Date:  Not assigned
                                         )
19                   Defendants.

20

21  Gregory R. Aker (CA Bar No. 104171)
    Burke, Williams & Sorenson, LLP
22  1901 Harrison Street, Suite 900
    Oakland, CA  94612-3501
23  Telephone: 510.273.8780
    Facsimile: 510.839.9104
24  Email: gaker@bwslaw.com

25  *Attorneys for Defendant*
    *Greenway Golf Associates, Inc.*
26  *dba Corica Park Golf Course*

27

28
                                     1

DocuSign Envelope ID: 0C5C7E5D-8DD5-475A-A180-9FC75843BDA0

1.      Plaintiffs Abdul Nevarez and Priscilla Nevarez (together "Plaintiffs") filed a Complaint in this action on November 24, 2020 for injunctive and declaratory relief, damages, and other restitution for their alleged discriminatory experiences, denial of access, and denial of civil rights, and to enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 *et seq.*, and California civil rights laws against defendant City of Alameda (the "City"), in connection with or arising out of the condition of Corica Park Golf Course, located at or about 1 Clubhouse Memorial Road, Alameda, CA, and related properties and buildings (the "Course") as of October 26, 2019 and continuing. On March 14, 2022, Plaintiffs amended their Complaint ("Amended Complaint") to add Greenway Golf Associates, Inc. dba Corica Park Golf Course ("Greenway"), and Dialemi, Inc. dba Jim's on the Course ("Dialemi") as defendants. Greenway manages the Course and Dialemi owns and operates the restaurant at the Course.

2.      Plaintiffs have alleged that the City violated Title II of the ADA, Section 504 of the Rehabilitation Act of 1973, and California's Unruh Civil Rights Act ("Unruh"), and that Greenway and Dialemi violated Title III of the ADA and Unruh by failing to provide full and equal access to the disabled at the Course.

3.      Plaintiffs and Greenway (together the "Parties") hereby enter into this Consent Decree and Order for the purpose of resolving injunctive relief and damages issues in this lawsuit without admission of liability or responsibility, and without the need for protracted litigation. Issues of attorneys' fees, litigation costs, and expenses are being negotiated separately and will be addressed in a separate agreement.

**JURISDICTION:**

4.      The Parties to this Consent Decree and Order agree that the Court has jurisdiction of this matter pursuant to 28 U.S.C. section 1331 for alleged violations of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. sections 12101 *et seq.* and pursuant to supplemental jurisdiction for alleged violations of Unruh.

2

5.      To avoid the costs, expense, and uncertainty of litigation, the Parties to this Consent Decree and Order agree to entry of this Consent Decree and Order to resolve all claims and causes of action raised in the Complaint, exclusive of the referenced claims for attorneys' fees, litigation expenses, and costs, which are being negotiated separately will be resolved by a separate agreement. Nothing in this Consent Decree and Order should be considered an admission of liability by Greenway; liability is expressly disclaimed. Accordingly, the Parties agree to the entry of this Consent Decree and Order without trial or further adjudication of any issues of fact or law concerning Plaintiffs' claims for injunctive relief and damages.

WHEREFORE, the Parties to this Consent Decree hereby agree and stipulate to the Court's entry of this Consent Decree and Order, which provide as follows:

**SETTLEMENT OF INJUNCTIVE RELIEF:**

6.      This Order shall be a full, complete, and final disposition and settlement of Plaintiffs' injunctive relief and damages claims against Greenway that have arisen out of the subject Amended Complaint.

7.      **Remedial Measures:** Greenway agrees to create or complete, and thereafter maintain, the following remedial measures, as expressly provided:

a.      **ParaGolfer adaptive golf cart:** Greenway has acquired a ParaGolfer adaptive golf cart ("ParaGolfer") that will be housed generally at the Course and rented to disabled golfers for the Course on a first-reserved (or if no reservation, first-come), first-served basis. Greenway will use commercially reasonable efforts to maintain and repair the ParaGolfer to keep it in good working condition in accordance with the ParaGolfer's manufacturer's specifications and the Course's usual practices and schedule of maintaining carts for able-bodied golfers, as applied to the needs and manufacturer's specifications of the ParaGolfer – including without limitation, keeping the ParaGolfer charged and ensuring appropriate tire pressure. The ParaGolfer will be for the *sole use* of the Course (i.e., it will not be lent out to other golf courses).

3

DocuSign Envelope ID: 0C5C7E5D-8DD5-475A-A180-9FC75843BDA0

b.      **Physical Barrier Removal**: Attached to this Consent Decree and Order as **Attachment A** is a detailed description of the physical barriers attributable to Greenway, which Greenway agrees to remove or remediate, along with deadlines for completion of each.

c.      **Policy Changes**: Attached to this Consent Decree and Order as **Attachment B** is a detailed description of the policy changes attributable to Greenway, which Greenway agrees to implement, along with deadlines for implementation of each policy.

d.      **Delay or impossibility**: Plaintiffs acknowledge that if any of the remedial measures set forth above in paragraphs 7(a-c) and **Attachments A & B** are rendered impossible by force majeure or any action, denial, or other restriction imposed by any governmental, quasi-governmental agency, authority, board, body, department, commission, bureau or official, or third party which is not under Greenway's control, Greenway will not be deemed to have violated this Consent Decree and Order, so long as Greenway makes a good faith effort to secure the  necessary approvals, permits, or explore alternative measures that would resolve the issue or issues causing delay or impossibility. The Parties further agree that any delays in complying with the terms of paragraphs 7(a-c) and **Attachments A & B** caused by third parties will not be deemed to violate the compliance date set forth herein as long as Greenway makes a good faith effort at implementation as soon as reasonably possible thereafter.

e.      **Compliance:** Greenway or its counsel will notify Plaintiffs' counsel when the Course has completed each of the injunctive relief terms described above in paragraphs 7(a-c) and **Attachments A & B**. If unforeseen difficulties prevent Greenway from completing any of the injunctive relief terms described above in paragraphs 7(a-c) or **Attachments A & B**, Greenway or its counsel will notify Plaintiffs' counsel in writing within five (5) days of discovering the delay. Plaintiffs will have twenty (20) days to investigate, and meet and confer with the Greenway or its legal counsel if necessary, and approve the delay by stipulation or otherwise respond to the Greenway's notice. If Plaintiffs and Greenway cannot reach agreement regarding the delay within an additional twenty (20) days, Plaintiffs and Greenway may seek

CONSENT DECREE AND [PROPOSED] ORDER AS TO INJUNCTIVE RELIEF AND DAMAGES ONLY
CASE NO: 4:20-cv-08302-JST

interpretation, and/or enforcement of this Consent Decree and/or approval of the delay by Robert Pohls, and reserve the right to seek reasonable attorneys' fees (to be awarded to the prevailing party) also through Mr. Pohls for any legal work directly related to this matter (not including the reasons for delay or nonperformance set forth in Section 7(d) to abide by this Consent Decree and Order). If Mr. Pohls is unavailable, disputes may be submitted to the Court.

    f.  **Notices/Status Reports:** In addition to the notice requirements described above in paragraph 7(e), Greenway or its counsel will provide a status report to Plaintiffs' counsel no later than 90 days from the approval of this Consent Decree and Order by the Court and again every 60 days thereafter until the work described above and in **Attachments A & B** has been completed. Notices to Plaintiffs shall be made to their counsel via email to ccabalo@peifferwolf.com. Notices to Greenway shall be made to its counsel via email to the following:  Gregory R. Aker at gaker@bwslaw.com.

**SETTLEMENT OF DAMAGES**

   8.  This Order shall be a full, complete, and final disposition and settlement of Plaintiffs' damages claims against Greenway that have arisen out of the subject Amended Complaint.

   9.  In settlement of Plaintiffs' alleged civil rights and personal injury damages, Greenway will deliver checks totaling forty thousand dollars and zero cents ($40,000) to Plaintiffs' counsel, as detailed below in paragraph 10.

   10.  Greenway's damages checks described above in paragraph 9 shall be:

    a.  made payable to "Peiffer Wolf Carr Kane Conway & Wise" (or the specific entity listed on Plaintiffs' counsel's W-9 form);

    b.  twenty thousand dollars and zero cents ($20,000) will be delivered within thirty (30) days of execution of this Order by the Court to:

      Peiffer Wolf Carr Kane Conway & Wise

      ATTN:  Jason Peiffer

CONSENT DECREE AND [PROPOSED] ORDER AS TO INJUNCTIVE RELIEF AND DAMAGES ONLY
CASE NO: 4:20-cv-08302-JST

1519 Robert C. Blakes Sr. Drive

New Orleans, LA 70130; and

   c.  twenty thousand dollars and zero cents ($20,000) will be delivered within

ninety (90) days of execution of this Order by the Court to the address

identified above in paragraph 10.b.

**ATTORNEYS' FEES, LITIGATION EXPENSES, AND COSTS:**

   11.  The Parties are still negotiating Plaintiffs' claims for attorneys' fees, litigation

expenses, and costs and will memorialize any settlement of these claims in a separate agreement.

**ENTIRE CONSENT DECREE AND ORDER:**

   12.  This Consent Decree and Order and **Attachments A & B** constitute the entire

agreement between the signing Parties as to injunctive relief and no other statement, promise, or

agreement, either written or oral, made by any of the Parties or agents of any of the Parties that is

not contained in this written Consent Decree and Order, shall be enforceable regarding the

matters described herein. There are no intended third-party beneficiaries to this Agreement other

than those expressly set forth in this Agreement.

**CONSENT DECREE AND ORDER BINDING ON PARTIES AND SUCCESSORS IN
INTEREST:**

   13.  This Consent Decree and Order and **Attachments A & B** shall be binding on the

Parties and any successors-in-interest. Greenway has a duty to so notify all such successors-in-

interest of the existence and terms of this Consent Decree and Order during the period of the

Court's jurisdiction of this Consent Decree and Order.

**MUTUAL RELEASE AND WAIVER OF CALIFORNIA CIVIL CODE SECTION 1542
AS TO INJUNCTIVE RELIEF AND DAMAGES ONLY:**

   14.  Each of the Parties to this Consent Decree and Order understands and agrees that

there is a risk and possibility that, subsequent to the execution of this Consent Decree and Order,

6

any or all of them will incur, suffer, or experience some further loss or damage with respect to the Amended Complaint and the lawsuit that is unknown or unanticipated at the time this Consent Decree and Order is signed.  Except for all obligations required in this Consent Decree and Order, the Parties intend that this Consent Decree and Order apply to all such further claim or loss with respect to the Amended Complaint and the lawsuit. Therefore, except for the obligations identified and required in this Consent Decree and Order, this Consent Decree and Order shall apply to and cover any and all claims, demands, actions, and causes of action by the Parties to this Consent Decree and Order with respect to the lawsuit, whether the same are known, unknown, or hereafter discovered or ascertained, and the provisions of Section 1542 of the California Civil Code are hereby expressly waived.  Section 1542 provides as follows:

> **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTINGTHE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASE PARTY.**

This waiver applies to the injunctive relief and damages aspects of this action only and does not include resolution of Plaintiffs' claims for attorneys' fees, litigation expenses, and costs, which are still being negotiated.

15.    Except for the obligations identified and required in this Consent Decree and Order – and exclusive of the above-referenced claims for attorneys' fees, litigation expenses, and costs – each of the Parties to this Consent Decree and Order and on behalf of their respective agents, representatives, predecessors, successors, heirs, partners, and assigns, releases and forever discharges each other Party and all officers, directors, shareholders, subsidiaries, joint venturers, stockholders, partners, parent companies, employees, agents, attorneys, insurance carriers, heirs, predecessors, and representatives of each other Party, from all claims, demands, actions, and causes of action of whatever kind or nature, presently known or unknown, arising

out of or in any way connected with the Amended Complaint and the lawsuit.

**TERM OF THE CONSENT DECREE AND ORDER:**

16.     This Consent Decree and Order and **Attachments A & B** shall be in full force and effect – and the Court shall retain jurisdiction of this action to enforce provisions of this Consent Decree and Order – for a period of eighteen months after the date of entry of this Consent Decree and Order by the Court, or until all injunctive relief described above in paragraphs 7(a-c) and in **Attachments A & B** is completed and Plaintiffs are notified, whichever occurs later.

**SEVERABILITY:**

17.     If any term of this Consent Decree and Order or either of the attachments is determined by any court to be unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in full force and effect.

**SIGNATORIES BIND PARTIES:**

18.     Signatories on the behalf of the Parties represent that they are authorized to bind the Parties to this Consent Decree and Order. This Consent Decree and Order may be signed in counterparts and a facsimile signature shall have the same force and effect as an original signature.

Dated: January 24 , 2023          PLAINTIFF ABDUL NEVAREZ

DocuSigned by:

*Abdul Nevarez*

26410C0EAACC4B9...

ABDUL NEVAREZ

Dated: January 24 , 2023          PLAINTIFF PRISCILLA NEVAREZ

DocuSigned by:

*Priscilla Nevarez*

22370D3E34D44BF...

PRISCILLA NEVAREZ

//
//
//

CONSENT DECREE AND [PROPOSED] ORDER AS TO INJUNCTIVE RELIEF AND DAMAGES ONLY
CASE NO: 4:20-cv-08302-JST

Dated: January 25 , 2023

DEFENDANT GREENWAY GOLF
ASSOCIATES, INC.

By: Umesh Patel
A414E29897E24BB...

Print Name:  Umesh Patel

Title:  President

APPROVED AS TO FORM:

Dated: January 25 , 2023

PEIFFER WOLF CARR KANE CONWAY &
WISE, LLP

By: Catherine Cabalo
202723BBE40A43A...

Catherine Cabalo

Attorneys for Plaintiffs
ABDUL NEVAREZ and PRISCILLA NEVAREZ

Dated: January 25 , 2023

BURKE, WILLIAMS & SORENSON, LLP

By: Gregory Aker
B114DDDFFBC44B6...

Gregory R. Aker

Attorneys for Defendant
GREENWAY GOLF ASSOCIATES, INC.

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on January 25 , 2023, I, Catherine
Cabalo, attorney with Peiffer Wolf Carr Kane Conway & Wise, LLP, received the concurrence
of Gregory R. Aker in the filing of this document.

/s/ Catherine Cabalo
Catherine Cabalo

CONSENT DECREE AND [PROPOSED] ORDER AS TO INJUNCTIVE RELIEF AND DAMAGES ONLY
CASE NO: 4:20-cv-08302-JST

1

## **ORDER**

2

Pursuant to the stipulation of the Parties, and for good cause shown,

3

4

      **IT IS SO ORDERED**.

5

DATED: _____February 16____ , 2023

6

                               _____

The Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONSENT DECREE AND ~~[PROPOSED]~~ ORDER AS TO INJUNCTIVE RELIEF AND DAMAGES ONLY
CASE NO: 4:20-cv-08302-JST

# ATTACHMENT A TO CONSENT DECREE AND ORDER

## <u>"ATTACHMENT A" TO CONSENT DECREE AND ORDER</u>

The following descriptions of physical barriers alleged by plaintiffs in this litigation, along with defendants' proposed removal or remediation measures, are referenced by the Meeting Notes, Revision 1, prepared by CAS Report, LLC, dated November 12, 2021 ("**CAS Notes**"), and preliminary design and construction schedule ("**Schedule**"), complete copies of which are attached as Exhibits A and B.

Defendant Greenway Golf Associates, Inc., agrees to design, construct and complete in accordance with the Schedule, and to pay all costs associated with, all work for removal of physical barriers at Corica Park, as specified by the CAS Notes, item numbers 33-162 and 172-178, including (a) the walkways and curb ramps from the parking area to the pro shop and driving range, (b) the pro shop, (c) the pro shop restrooms, (d) the driving range, (e) the driving range shop and ball dispenser, (f) the men's and women's single user restrooms, (g) the golf course restroom building at the 4th tee, and (h) the Norma Arnerich Teaching Academy, but <u>excluding</u> the restaurant, snack bar, dining patio, and covered path of travel from patio to pro shop walkway (CAS Notes, item numbers 1-32), which are the responsibility of defendant Dialemi, Inc., and also <u>excluding</u> accessible parking areas (CAS Notes, item numbers 163-171), which are the responsibility of defendant the City of Alameda.

# EXHIBIT 1
# TO ATTACHMENT A



**Corica Park Golf Course**
**on-site meeting with Gary Waters**
1 Clubhouse Memorial Rd, Alameda, CA 94502
Meeting notes by Candice Lui/CASp 221; Date:  October 11, 2021.  Revision 1:  November 12, 2021





 Report LLC

**Corica Park Golf Course**
**on-site meeting with Gary Waters**
1 Clubhouse Memorial Rd, Alameda, CA 94502
Meeting notes by Candice Lui/CASp 221; Date: October 11, 2021. Revision 1: November 12, 2021






PROPOSED
ACCESSIBLE ROUTE

PRO SHOP

JIM'S ON THE COURSE
RESTAURANT

RELOCATE THE CURB RAMP
AS SHOWN

R6.6%
3.0%  2.8%

R10.2%

2.3%

7'-9" WIDE COVERED
WALKWAY

DRIVING RANGE

NORMA ARNERICH
TEACHING ACADEMY

3.3%    2.8%

2.5%
3.3%
3.5%

THE CIRCULATION PATHS CONTIGUOUS TO
VEHICULAR TRAFFIC SHALL BE PHYSICALLY
SEPARATED FROM VEHICULAR TRAFFIC.
PHYSICAL SEPARATION SHALL BE PROVIDED
WITH CIRCULATION PATHS RAISED 4 INCHES
MINIMUM ABOVE THE AREA WHERE VEHICULAR
TRAFFIC OCCURS.

PROVIDE A DIRECTIONAL
SIGN TO THE ACCESSIBLE
ROUTE UNDER THE
COVERED WALKWAY

CROSS SLOPE IS NOT
STEEPER THAN 1:48, U.O.N.
RUNNING SLOPE (R) IS NOT
STEEPER THAN 1:20, U.O.N.

0   20    40  FEET

Page 3


Report LLC

**Corica Park Golf Course**
**on-site meeting with Gary Waters**
1 Clubhouse Memorial Rd, Alameda, CA 94502
Meeting notes by Candice Lui/CASp 221; Date:  October 11, 2021.  Revision 1:  November 12, 2021




N



| Parking Calculation | | | |
|---|---|---|---|
| Regular Parking Provided | | 369 | |
| Required ADA Car Parking per Table 11B-208.2 | 6 | | |
| Required ADA Van Parking per Table 11B-208.2 | 2 | | |
| Area 1 | ADA Standard Parking provided | 7 | |
| | ADA Van Parking provided | 3 | |
| Area 1 | ADA Standard Parking - minimum required per area | | 3 |
| | ADA Van Parking provided - - minimum required per area | | 1 |
| Area 2 | ADA Standard Parking provided | 1 | |
| | ADA Van Parking provided | 1 | |
| Area 2 | ADA Standard Parking - minimum required per area | | 1 |
| | ADA Van Parking provided - - minimum required per area | | 1 |
| Area 3 | ADA Standard Parking provided | 1 | |
| | ADA Van Parking provided | 1 | |
| Area 3 | ADA Standard Parking - minimum required per area | | 1 |
| | ADA Van Parking provided - - minimum required per area | | 1 |
| | Total parking | 383 | |

Note: The minimum number of required accessible parking spaces meets the 2010 ADA Standards and 2019 California Building Code.

PRO SHOP

ACCESSIBLE PARKING AREA 1

JIM'S ON THE COURSE RESTAURANT

ACCESSIBLE PARKING AREA 1

ACCESSIBLE PARKING AREA 2

DRIVING RANGE

NORMA ARNERICH TEACHING ACADEMY

Page 4


Report LLC

**Corica Park Golf Course**
**on-site meeting with Gary Waters**
1 Clubhouse Memorial Rd, Alameda, CA 94502
Meeting notes by Candice Lui/CASp 221; Date: October 11, 2021. Revision 1: November 12, 2021

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| RESTAURANT'S RESTROOMS:  MEN'S RESTROOM | | | | | |
| 1 | The vertices of the equilateral triangle are pointed and not rounded 1/8" min. to 1/4" max | | Provide a compliant geometric symbol door sign at the entry door to the men's restroom. | LINK | Vertices shall be radiused between 1/8 inch minimum and 1/4 inch maximum per Section 703.7.2.6.4.<br><br>The new geometric door sign is not required to have the International Symbol of Accessibility if the Pro-shop's multi-accommodation toilet rooms are made fully compliant.  A wall sign that identifying permanent room shall comply with Sections 11B-703.1, 11B-703.2, 11B-703.3, and 11B-703.5 shall be provided. |
| 2 | The opening force required exceeds 5 bf. No fire label was noted. | | Adjust the door closer as required to provide an opening force not more than 5lbf. | | Adjust the door closer as required to provide an opening force not more than 5lbf. |
| 3 | The closing speed is less than 5-seconds; measured at 1.97 seconds (the closing speed is therefore not compliant with the ADAAG). | 00:01.97 | Adjust the door closer as required so the closing speed is not less than 5-seconds. | | Adjust the door closer as required so the closing speed is not less than 5-seconds. |
| 4 | The height of the baby changing table when in the open position is more than 34" above the floor; measured at 35"1/4" above the floor. | | Remove the baby changing table to accommodate a compliant ADA stall. | | This barrier is not applicable if the Pro Shop's multi-accommodation toilet rooms are made fully compliant.<br><br>Relocate the baby changing table to the Pro-shop's newly compliant multi-accommodation toilet rooms. **Ensuring the path of travel from the restaurant to the main bank of restrooms by the Pro Shop is covered to protect disabled patrons from the elements.** |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 5 | The water lines are not completely insulated at both lavatories. | | The water and waste lines shall be fully insulated or protected from contact. | LINK | This barrier is not applicable if the Pro Shop's multi-accommodation toilet rooms are made fully compliant.  Provide directional signs at the restaurant entrance, deli entrance, and near the restaurant's toilet facilities, indicating the nearest accessible toilet rooms. **Ensuring the path of travel from the restaurant to the main bank of restrooms by the Pro Shop is covered to protect disabled patrons from the elements.** |
| 6 | The operable parts of the soap dispensers are at 41-1/2" AFF and 40-3/4" AFF. | | Lower the soap dispensers as required so they are not more than 40" above the floor to the highest operable part. | TOILET ACCESSORIES | This barrier is not applicable if the Pro Shop's multi-accommodation toilet rooms are made fully compliant.  Provide directional signs at the restaurant entrance, deli entrance, and near the restaurant's toilet facilities, indicating the nearest accessible toilet rooms. **Ensuring the path of travel from the restaurant to the main bank of restrooms by the Pro Shop is covered to protect disabled patrons from the elements.** |
| 7 | The paper towel dispenser protrudes more than 4" into the circulation path. | | Replace the paper towel dispenser so it does not protrude more than 4" from the wall into a circulation path. | LINK | This barrier is not applicable if the Pro Shop's multi-accommodation toilet rooms are made fully compliant.  Provide directional signs at the restaurant entrance, deli entrance, and near the restaurant's toilet facilities, indicating the nearest accessible toilet rooms. **Ensuring the path of travel from the restaurant to the main bank of restrooms by the Pro Shop is covered to protect disabled patrons from the elements.** |
| 8 | The clear width of the accessible route through the restroom is less than 44" (and less than 36"); measured at 32 inches. | | Remodel required to provide a minimum clear width of the accessible route to the accessible toilet stall not less 44 inches. | | This barrier is not applicable if the Pro Shop's multi-accommodation toilet rooms are made fully compliant.  Provide directional signs at the restaurant entrance, deli entrance, and near the restaurant's toilet facilities, indicating the nearest accessible toilet rooms. **Ensuring the path of travel from the restaurant to the main bank of restrooms by the Pro Shop is covered to protect disabled patrons from the elements.** |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 9 | A door pull is not provided on either side of the accessible stall door. | | Door pulls are required on both sides near the latch, 34 inches to 44 inches above the finish floor. | | This barrier is not applicable if the Pro Shop's multi-accommodation toilet rooms are made fully compliant.  Provide directional signs at the restaurant entrance, deli entrance, and near the restaurant's toilet facilities, indicating the nearest accessible toilet rooms. **Ensuring the path of travel from the restaurant to the main bank of restrooms by the Pro Shop is covered to protect disabled patrons from the elements.** |
| 10 | The coat hook is more than 48' above the floor; measured at 66" above the floor. | | Lower the existing or provide an additional coat  hook at not more than 48" above the floor. | | This barrier is not applicable if the Pro Shop's multi-accommodation toilet rooms are made fully compliant.  Provide directional signs at the restaurant entrance, deli entrance, and near the restaurant's toilet facilities, indicating the nearest accessible toilet rooms. **Ensuring the path of travel from the restaurant to the main bank of restrooms by the Pro Shop is covered to protect disabled patrons from the elements.** |
| 11 | The end opening door at the accessible toilet stall opens into the toilet stall and encroaches into the required clear floor space at the toilet. | | A remodel is required to provide a compliant accessible toilet stall and door swing. | | This barrier is not applicable if the Pro Shop's multi-accommodation toilet rooms are made fully compliant.  Provide directional signs at the restaurant entrance, deli entrance, and near the restaurant's toilet facilities, indicating the nearest accessible toilet rooms. **Ensuring the path of travel from the restaurant to the main bank of restrooms by the Pro Shop is covered to protect disabled patrons from the elements.** |
| 12 | The required maneuvering space in front of the toilet is not provided. | | A remodel is required to provide a compliant accessible toilet stall and door swing. | | This barrier is not applicable if the Pro Shop's multi-accommodation toilet rooms are made fully compliant.  Provide directional signs at the restaurant entrance, deli entrance, and near the restaurant's toilet facilities, indicating the nearest accessible toilet rooms. **Ensuring the path of travel from the restaurant to the main bank of restrooms by the Pro Shop is covered to protect disabled patrons from the elements.** |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO: CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 13 | The rear wall grab bar does not extend a minimum 12" to one side from the centerline of the toilet | | Relocate the rear wall grab bar as required to comply. | | This barrier is not applicable if the Pro Shop's multi-accommodation toilet rooms are made fully compliant. Provide directional signs at the restaurant entrance, deli entrance, and near the restaurant's toilet facilities, indicating the nearest accessible toilet rooms. **Ensuring the path of travel from the restaurant to the main bank of restrooms by the Pro Shop is covered to protect disabled patrons from the elements.** |
| 14 | The side wall grab bar does not extend a minimum 54" from the rear wall to the far end of the grab bar. | | Relocate the side wall grab bar as required to comply. | | This barrier is not applicable if the Pro Shop's multi-accommodation toilet rooms are made fully compliant. Provide directional signs at the restaurant entrance, deli entrance, and near the restaurant's toilet facilities, indicating the nearest accessible toilet rooms. **Ensuring the path of travel from the restaurant to the main bank of restrooms by the Pro Shop is covered to protect disabled patrons from the elements.** |
| 15 | The toilet paper dispenser outlet is more than 7" to 9" from the front of the toilet. | | Relocate or replace the toilet paper dispenser as required to comply. | | This barrier is not applicable if the Pro Shop's multi-accommodation toilet rooms are made fully compliant. Provide directional signs at the restaurant entrance, deli entrance, and near the restaurant's toilet facilities, indicating the nearest accessible toilet rooms. **Ensuring the path of travel from the restaurant to the main bank of restrooms by the Pro Shop is covered to protect disabled patrons from the elements.** |
| 16 | The outlet of the seat cover dispenser is more than 40" above the floor to the top of the opening; measured at 42" above the floor. | | Lower the seat cover dispenser as required so it is not more than 40" above the floor to the top of the dispenser opening. | TOILET ACCESSORIES | This barrier is not applicable if the Pro Shop's multi-accommodation toilet rooms are made fully compliant. Provide directional signs at the restaurant entrance, deli entrance, and near the restaurant's toilet facilities, indicating the nearest accessible toilet rooms. **Ensuring the path of travel from the restaurant to the main bank of restrooms by the Pro Shop is covered to protect disabled patrons from the elements.** |

## Priorities for Accessible Facilities
The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| | RESTAURANT'S RESTROOMS: WOMEN'S RESTROOM | | | | |
| 17 | The geometric symbol door sign is more than 59 to 60" above the floor to the centerline of the sign; measured at 61" above the floor. | | Lower the geometric symbol door sign as required. | | The new geometric door sign is not required to have the International Symbol of Accessibility if the Pro-shop's multi-accommodation toilet rooms are made fully compliant.  A wall sign that identifying permanent room shall comply with Sections 11B-703.1, 11B-703.2, 11B-703.3, and 11B-703.5 shall be provided. Geometric symbol at entrance to toilet shall be mounted at 58 inches minimum and 60 inches maximum above the finish floor or ground surface measured from the centerline of the symbol. |
| 18 | The opening force required exceeds 5 lbs force. There is a fire label on the door, but it is not clear if it is required. | | If the door is not required to be fire-rated, adjust the door closer so that the opening force not more than 5lb.  If fire-rated door remains, then the opening force shall not be more than 15 lbs. | | Adjust the door closer as required to provide an opening force not more than 5lbf. |
| 19 | The privacy lock requires pinching and twisting of the wrist to operate. | | The privacy lock has been replaced with a push-button type. | | Adjust the door closer as required so the closing speed is not less than 5-seconds.

The women's toilet room needs to add another water closet to make this a multi-accommodation toilet room. Also, change the privacy lock to a passage lock to allow for multiple users. |
| 20 | There is a wall mounted TV monitor with a leading edge less than 80" above the floor; measured at 75" above the floor. | | The TV will be removed since it is not working. | | Remove the protruding object. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 21 | The lavatory counter has a leading edge more than 27" above the floor; measured at 29" above the floor as required. | | Provide an end wall or other closure panel at the side of the lavatory counter so it is not a protruding object. Maintain the required pull side maneuvering space at the entry door. | | Remove the protruding object. |
| 22 | The height of the baby changing table when in the open position is more than 34" above the floor; measured at 37-3/4" above the floor. | | Lower the baby changing table as required so the highest point of the table when in the open position is not more than 34" above the floor. | | This barrier is not applicable if the Pro Shop's multi-accommodation toilet rooms are made fully compliant.  Relocate the baby changing table to the Pro-shop's newly compliant multi-accommodation toilet rooms. |
| 23 | The CBC is the most restrictive standard and requires the operable parts to be not more than 40" above the floor. The operable parts of the soap dispenser are at 42" AFF. | | Lower the soap dispenser as required so it is not more than 40" above the floor to the highest operable part. | TOILET ACCESSORIES | This barrier is not applicable if the Pro Shop's multi-accommodation toilet rooms are made fully compliant.  Provide directional signs at the restaurant entrance, deli entrance, and near the restaurant's toilet facilities, indicating the nearest accessible toilet rooms. **Ensuring the path of travel from the restaurant to the main bank of restrooms by the Pro Shop is covered to protect disabled patrons from the elements.** |
| 24 | The paper towel dispenser protrudes more than 4" into the circulation path. | | Replace the paper towel dispenser so it does not protrude more than 4" from the wall into a circulation path. | LINK | Replace the paper towel dispenser so it does not protrude more than 4" from the wall into a circulation path. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 25 | The side wall grab bar does not more than 12" from the rear wall. | | Relocate the rear wall grab bar as required to comply. | | This barrier is not applicable if the Pro Shop's multi-accommodation toilet rooms are made fully compliant. Provide directional signs at the restaurant entrance, deli entrance, and near the restaurant's toilet facilities, indicating the nearest accessible toilet rooms. **Ensuring the path of travel from the restaurant to the main bank of restrooms by the Pro Shop is covered to protect disabled patrons from the elements.** |
| 26 | The toilet paper dispenser outlet is more than 7" to 9" from the front of the toilet. | | Relocate or replace the toilet paper dispenser as required to comply. | | This barrier is not applicable if the Pro Shop's multi-accommodation toilet rooms are made fully compliant. Provide directional signs at the restaurant entrance, deli entrance, and near the restaurant's toilet facilities, indicating the nearest accessible toilet rooms. **Ensuring the path of travel from the restaurant to the main bank of restrooms by the Pro Shop is covered to protect disabled patrons from the elements.** |
| | | | SNACK BAR | | |
| 27 | There is not a sign on or immediately adjacent to the entrance door to the snack bar indicating it is an accessible entrance | | Provide a sign on the snack room door with the International Symbol of Accessibility. | | Provide an opaque 4 inches by 4 inches minimum International Symbol of Accessibility at the deli and the restaurant entrances. |
| 28 | There is not an accessible section of the counter for dining that is at least 60" long at a height not more than 34". | | Provide an accessible section of counter for dining that is not less than 60" long and not more than 34" high and with a compliant knee space. | | Provide an accessible section of counter for dining that is not less than 60" long and not more than 34" high and with compliant knee space. Or altogether remove the standing height dining counter. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones


CaS Report LLC

| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| **EXTERIOR DINING PATIO** | | | | | |
| 29 | The slope of the walk surface at the required pull side maneuvering space exceeds 1:48; measured up to 2.5%. | | Provide a pull side maneuvering space with a slope not more than 1:48 (2.1 %). | 60 min 1525 2.1% max. all directions / 18 min 457 Add 6 inches (152 mm) at exterior side of exterior door. | Provide a pull side maneuvering space with a slope not more than 1:48 (2.1 %). |
| 30 | There are a total of 72 seats provided at 4-top and 6-top tables. A minimum of 4 accessible tables are required; no accessible tables are provided. | | Provide at least 4-accessible tables. Ensure the accessible tables are on an accessible route and have a compliant knee space. | LINK | Provide at least 4-accessible tables, or a minimum of 5% outdoor dining surfaces. Ensure the accessible tables are on an accessible route and have a compliant knee space. |
| 31 | The slope along the walk between the building and the patio seating area exceeds 1:48; measured at 3.3% | | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:48 (2.1%) | | The entire paved walkway is not required to have a cross slope within 1:48 if an accessible route is provided from the restaurant and deli entrances to the 5% accessible outdoor dining surfaces. |
| 32 | The slope at the brick paver patio area exceeds 1:48; measured at 6.6%. | | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:48 (2.1%). | | The entire paved walkway is not required to have a cross slope within 1:48 if an accessible route is provided from the restaurant and deli entrances to the 5% accessible outdoor dining surfaces.

Remove the firepit in this outdoor area, or add a firepit to the main outdoor dining area. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| **WALK - ALONG THE GOLF COURSE BUILDING AND THE DINING PATIO** | | | | | |
| 33 | The slope of the walk surface at the required pull side maneuvering space exceeds 1:48; measured up to 2.5%. | | **11B-216.6 Entrances** In existing buildings and facilities where not all entrances comply with Section 11B-404, entrances complying with Section 11B-404 shall be identified by the International Symbol of Accessibility complying with Section 11B-703.7.2.1. | | This barrier is not applicable as long as the general circulation from the parking lot to the Pro Shop's main entrance is accessible and complying with Section 403. Provide a directional sign to indicate the other code-compliant store entrance at the folding partition. |
| 34 | The slope along the walk between the building and the patio seating area exceeds 1:20; measured at 7.2%. | | **11B-206.2.1 Site arrival points.** At least one accessible route shall be provided within the site from accessible parking spaces to the accessible building or facility entrance they serve. **Exceptions:** General circulation paths shall be permitted when located in close proximity to an accessible route. | | This barrier is not applicable as long as the general circulation from the parking lot to the Pro Shop's main entrance is accessible and complying with Section 403. |
| **WALK & CURB RAMP - BETWEEN THE GOLF BUILDING AND THE RESTAURANT AND THEN LEADING TOWARD THE DRIVING RANGE** | | | | | |
| 35 | The slope along the walk between the building and the patio seating area exceeds 1:20; measured at 10.4%. | | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:20 (5%). Where there is a change in direction of the walk the slope in any direction shall not exceed 1:48 (2.1). | LINK | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:20 (5%). Where there is a change in direction of the walk the slope in any direction shall not exceed 1:48 (2.1). |
| 36 | The slope of the walk exceeds 1:20; measured up to 15.8%. The cross slope exceeds 1:48; measured up to 6.4%. | | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:20 (5%). Where there is a change in direction of the walk the slope in any direction shall not exceed 1:48 (2.1). | LINK | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:20 (5%). Where there is a change in direction of the walk the slope in any direction shall not exceed 1:48 (2.1). |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO: CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|------|---------|--------------------------|-------------------|----------------------------|------------------------------------------|
| 37 | The slope of the curb ramp surface exceeds 1:12 (8.33%): measured at 13.4%. | | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:20 (5%). Where there is a change in direction of the walk the slope in any direction shall not exceed 1:48 (2.1). | LINK | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:20 (5%). Where there is a change in direction of the walk the slope in any direction shall not exceed 1:48 (2.1).<br><br>**Added comment:  a compliant curb ramp is required to connect the walk with the parking lot.** |
| 38 | The slope of the sides of the curb ramp exceeds 1:10(10%); measured at 13.1% and 13.7%. | | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:20 (5%). Where there is a change in direction of the walk the slope in any direction shall not exceed 1:48 (2.1). | LINK | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:20 (5%). Where there is a change in direction of the walk the slope in any direction shall not exceed 1:48 (2.1).<br><br>**Added comment:  a compliant curb ramp is required to connect the walk with the parking lot.** |
| | | | **PRO SHOP** | | |
| 39 | At the sign at the door to the pro shop the international Symbol of Accessibility does not contrast with the sign background as required by the 1991 ADAAG and the 2010 ADAS and it is not a white symbol on a blue background as required by the 2019 CBC. | | Remove the existing sign and replace with a compliant sign with a symbol on a blue background. | LINK | **Revised comment:  Ensure the sign with International Symbol of Accessibility consists of a white Symbol on a blue background, the sign is opaque, and mounted on the outside surface of the door or on the surface immediately adjacent the latch side of the door.  Replace the existing sign if necessary.** |
| 40 | At the temporary primary entry door the re is not a sign with the International Symbol of Accessibility. | | This is never a temporary primary entry door.  **11B-216.6 Entrances:  In** existing buildings and facilities where not all entrances comply with Section 11B-404, entrances complying with Section 11B-404 shall be identified by the International Symbol of Accessibility complying with Section 11B-703.7.2.1. | | This barrier is not applicable as long as the general circulation from the parking lot to the Pro Shop's main entrance is accessible and complying with Section 403.<br><br>Provide a directional sign to indicate the other code-compliant store entrance at the folding partition. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 41 | There is a change in level between the finish floor and the top of the threshold that exceeds 1/2" overall: measured at 1-3/8". | | This is never a temporary primary entry door. Modification to the track will damage the folding storefront. | | This barrier is not applicable as long as the general circulation from the parking lot to the Pro Shop's main entrance is accessible and complying with Section 403.<br><br>Provide a directional sign to indicate the other code-compliant store entrance at the folding partition. |
| 42 | The door surface within 10" above the floor or ground is not smooth and uninterrupted. The bottom rail is less than 10" and there is a floor pin attached to the rail. | | This is never a temporary primary entry door. **11B-216.6 Entrances:** In existing buildings and facilities where not all entrances comply with Section 11B-404, entrances complying with Section 11B-404 shall be identified by the International Symbol of Accessibility complying with Section 11B-703.7.2.1. | | This barrier is not applicable as long as the general circulation from the parking lot to the Pro Shop's main entrance is accessible and complying with Section 403.<br><br>Provide a directional sign to indicate the other code-compliant store entrance at the folding partition. |
| 43 | The opening force required exceeds 5 lbs force. | | This is never a temporary primary entry door. **11B-216.6 Entrances:** In existing buildings and facilities where not all entrances comply with Section 11B-404, entrances complying with Section 11B-404 shall be identified by the International Symbol of Accessibility complying with Section 11B-703.7.2.1. | | This barrier is not applicable as long as the general circulation from the parking lot to the Pro Shop's main entrance is accessible and complying with Section 403.<br><br>Provide a directional sign to indicate the other code-compliant store entrance at the folding partition. |
| 44 | The closing speed is less than 5-seconds: measured at 3.73- seconds. | | This is never a temporary primary entry door. **11B-216.6 Entrances:** In existing buildings and facilities where not all entrances comply with Section 11B-404, entrances complying with Section 11B-404 shall be identified by the International Symbol of Accessibility complying with Section 11B-703.7.2.1. | | This barrier is not applicable as long as the general circulation from the parking lot to the Pro Shop's main entrance is accessible and complying with Section 403.<br><br>Provide a directional sign to indicate the other code-compliant store entrance at the folding partition. |

**Priorities for Accessible Facilities**

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 45 | The transaction counter at the pro shop is more than 34" high; measured at 42". | | Provide a minimum 36" long section of transaction counter with a height not more than 34" above the floor. | | Provide a minimum 36" long section of transaction counter with a height not more than 34" above the floor. |
| **MEN'S RESTROOM - GOLF BUILDING** | | | | | |
| 46 | There is not a compliant geometric symbol door sign provided at the entry door to the Men's Restroom. | | Provide a compliant geometric symbol door sign at the entry door to the men's restroom. | LINK | Provide a compliant geometric symbol door sign at the entry door to the men's restroom. |
| 47 | There is not a room identification sign provided at the entry door to the restroom. | | Provide a compliant room identification sign at the entry door to the restroom entry door. | LINK | Provide a compliant room identification sign at the entry door to the restroom entry door. |
| 48 | There is a change in level between the finish floor and the top of the threshold that exceeds 1/2" overall; measured at 3/4". | | Modify/replace the threshold as required so the change in level is not more than 1/2" overall. | LINK | **Revised comment:  Modify the interior and/or exterior walk surface as required to provide a threshold with a change in level not more than ¼" vertical and ½" overall; or provide ramp threshold with a slope not more than 8.33% and a compliant power door opener.** |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|------|---------|--------------------------|-------------------|----------------------------|------------------------------------------|
| 49 | The water and waste lines are not insulated or otherwise protected from contact. | | The water and waste lines shall be fully insulated or protected from contact. LINK | | The water and waste lines shall be fully insulated or protected from contact. |
| 50 | The reflective surface of the mirror is more than 40" above the floor; measured at 52-3/8" above the floor. | | Lower the minor as required so the reflective surface of the mirror is not more than 40" above the surface. | 40" max | Lower the minor as required so the reflective surface of the mirror is not more than 40" above the surface. |
| 51 | The height of the highest operable part of the soap dispenser is more than 40" above the floor. | | Lower the soap dispensers as required so the highest operable parts are not more than 40" above the floor. | TOILET ACCESSORIES | Lower the soap dispensers as required so the highest operable parts are not more than 40" above the floor. |
| 52 | The height of the highest operable part of the paper towel dispenser is more than 40" above the floor. Both dispensers are positioned fora front approach with the dispenser opening at 51" above the floor. | | Lower the paper towel dispensers as required so the highest operable parts are not more than 40" above the floor. | TOILET ACCESSORIES | Lower the paper towel dispensers as required so the highest operable parts are not more than 40" above the floor. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 53 | There are 6 urinals. The rim height of the urinals is more than 17" maximum above the floor; measured at 25-1/4" above the floor. | | 6 urinals = 1 ADA and 3 standards | | 6 urinals = 1 ADA and 3 standards |
| 54 | There are 3 toilet stalls, and no accessible toilet stall is provided. | | 3 toilet stalls = 1 ADA toilet stall | | 3 toilet stalls = 1 ADA toilet stall |
| 55 | There are a total of 9 toilet compartments and urinals and no ambulatory toilet stall is provided. | | Total toilet compartments = 5.  So ambulatory toilet stall is not required. | | Total toilet compartments = 5.  So ambulatory toilet stall is not required.  **Added comment:  Design professionals shall verify the total number of plumbing fixtures complies with the current California Plumbing Code.** |
| 56 | The slope of the floor exceeds 1:48 (2.1%) as indicated in the referenced photos; measured up to 3.4%. | | Modify the floor slope as required so the slope is not more than 1:48 in any direction. | LINK | Modify the floor slope as required so the slope is not more than 1:48 in any direction. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| **WOMEN'S RESTROOM - GOLF BUILDING** | | | | | |
| 57 | There is not a **compliant geometric symbol** door sign provided at the entry door to the Women's Restroom. | | Provide a compliant geometric symbol door sign at the entry door to the Women's restroom. | LINK | Provide a compliant geometric symbol door sign at the entry door to the Women's restroom. |
| 58 | There is not a room identification sign provided at the entry door to the restroom. | | Provide a compliant room identification sign at the entry door to the restroom entry door. | LINK | Provide a compliant room identification sign at the entry door to the restroom entry door. |
| 59 | The door hardware is knob-type and not compliant. | | Provide lever-type door hardware. | LINK | Provide lever-type door hardware. |
| 60 | There is a change in level between the finish floor and the top of the threshold that exceeds 1/2" overall: measured at 1-1/4". | | Modify/replace the threshold as required so the change in level is not more than 1/2" overall. | LINK | **Revised comment:  Modify the interior and/or exterior walk surface as required to provide a threshold with a change in level not more than ¼" vertical and ½" overall; or provide ramp threshold with a slope not more than 8.33% and a compliant power door opener.** |

**Priorities for Accessible Facilities**
The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO: CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 61 | The slope of the floor exceeds 1:48 (2.1%) as indicated in the referenced photos: measured up to 5.2%. | | Modify the floor slope as required so the floor slope is not more than 1:48 in any direction. LINK | | Modify the floor slope as required so the slope is not more than 1:48 in any direction. |
| 62 | There are 4 toilet stalls, and no accessible toilet stall is provided. | | Provide at least one accessible toilet stall. | | Provide at least one accessible toilet stall. |
| 63 | The clearance at the front apron of the stall is less than 29" above the floor measured at 28". | | Raise at least one of the lavatories to provide a minimum clearance at the front apron of not less than 29" above the floor. | | Raise at least one of the lavatories to provide a minimum clearance at the front apron of not less than 29" above the floor. |
| 64 | The water and waste lines are not insulated or otherwise protected from contact. | | The water and waste lines shall be fully insulated or protected from contact. LINK | | The water and waste lines shall be fully insulated or protected from contact. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 65 | The reflective surface of the minor is more than 40" above the floor measured at 48-1/4" above the floor. | | Lower the minor as required so the reflective surface of the mirror is not more than 40" above the surface. | 40" max | Lower the minor as required so the reflective surface of the mirror is not more than 40" above the surface. |
| 66 | The reflective surface of the mirrors not located above the lavatories is more than 35" (40") above the floor; measured at 50-3/8' above the floor. | | Lower the mirrors as required so the reflective surface is not more than 35" above the floor. | If mounted over counter or lavatory, 40 inches max (1015mm) to bottom of reflective surface 35 inches max (870mm) if not mounted over counter or lavatory | Lower the mirrors as required so the reflective surface is not more than 35" above the floor. |
| 67 | The height of the highest operable part of the soap dispenser is more than 40" above the floor measured at 40-1/4". | | Lower the soap dispensers as required so the highest operable parts are not more than 40" above the floor. | TOILET ACCESSORIES | Lower the soap dispensers as required so the highest operable parts are not more than 40" above the floor. |
| 68 | The height of the highest operable part of the paper towel dispenser is more than 40" above the floor. Both dispensers are positioned for a front approach with the dispenser opening at 53-1/2" above the floor. | | Lower the paper towel dispensers as required so the highest operable parts are not more than 40" above the floor. | TOILET ACCESSORIES | Lower the paper towel dispensers as required so the highest operable parts are not more than 40" above the floor. |

## Priorities for Accessible Facilities
The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| PATH OF TRAVEL - FROM GOLF BUILDING TO DRIVING RANGE (INCLUDING WALKS AND CURB RAMPS) | | | | | |
| 69 | There is not a continuous accessible route of travel within the site connecting the golf building with the driving range. | | Provide a compliant, continuous accessible route of travel between the golf building and the driving range. | | Provide a compliant, continuous accessible route or circulation path of travel between the golf building and the driving range. The circulation paths contiguous to vehicular traffic shall be physically separated from vehicular traffic. Physical separation shall be provided with circulation paths raised 4 inches minimum above the area where vehicular traffic occurs. |
| 70 | The walk is broken and dropped at the corner and the cross slope exceeds 1:48; measured up to 4.9%. | | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:46 (2.1 %). Refer to page 3 for the accessible route to comply with section 402. | | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:46 (2.1 %). Refer to page 3 for the accessible route to comply with section 403. |
| 71 | The cross slope exceeds 1:48; measured up to 3.8%. | | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:46 (2.1 %). Refer to page 3 for the accessible route to comply with section 402. | | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:46 (2.1 %). Refer to page 3 for the accessible route to comply with section 403. |
| 72 | At the change in direction the cross slope exceeds 1:48 in any direction; measured up to 3.8%. | | Refer to page 3 for the accessible route to comply with section 402. | | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:46 (2.1 %). Refer to page 3 for the accessible route to comply with section 403. Provide a directional sign to indicate the nearby accessible route. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 73 | The cross slope exceeds 1:48; measured up to 3.1%. | | Refer to page 3 for the accessible route to comply with section 402. | | The proposed accessible route under the covered walkway is acceptable. The walking surface shall comply with Section 403. Refer to page 3 for the approved proposed accessible route. |
| 74 | The slope of the turning space at the bottom of the parallel curb ramp is not 1:48 in all directions; measured up to 3.2%. | | Refer to page 3 for the accessible route to comply with section 402. | | The proposed accessible route under the covered walkway is acceptable. The walking surface shall comply with Section 403. Refer to page 3 for the approved proposed accessible route. |
| 75 | The cross slope of the ramp surface is more than 1:48 (2.1 %); measured at 2.4%. Also, the cross slope of the walk immediately before the curb ramp exceeds 1:48 (2.1%); measured at 2.4%. | | Refer to page 3 for the accessible route to comply with section 402. | | The proposed accessible route under the covered walkway is acceptable. The walking surface shall comply with Section 403. Refer to page 3 for the approved proposed accessible route. |
| 76 | The slope of the turning space at the bottom of the parallel curb ramp is not 1:48 in all directions: measured up to 2.5%. | | Refer to page 3 for the accessible route to comply with section 402. | | The proposed accessible route under the covered walkway is acceptable. The walking surface shall comply with Section 403. Refer to page 3 for the approved proposed accessible route. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 77 | The slope of the turning space at the bottom of the parallel curb ramp is not 1:48 in all directions; measured up to 2.4%. | | **11B-206.2.1 Site arrival points.** At least one accessible route shall be provided within the site from accessible parking spaces to the accessible building or facility entrance they serve. **Exceptions:** General circulation paths shall be permitted when located in close proximity to an accessible route. | | The proposed accessible route under the covered walkway is acceptable. The walking surface shall comply with Section 403.  Refer to page 3 for the approved proposed accessible route. |
| 78 | The running slope of the ramp run in two directions, as indicated in the referenced photos, exceeds 1:12 (8.33%); measured up to 8.7 and 8.9%. | | **11B-206.2.1 Site arrival points.** At least one accessible route shall be provided within the site from accessible parking spaces to the accessible building or facility entrance they serve. **Exceptions:** General circulation paths shall be permitted when located in close proximity to an accessible route. | | The proposed accessible route under the covered walkway is acceptable. The walking surface shall comply with Section 403.  Refer to page 3 for the approved proposed accessible route. |
| 79 | The cross slope exceeds 1:48; measured up to 2.8%. | | **11B-206.2.1 Site arrival points.** At least one accessible route shall be provided within the site from accessible parking spaces to the accessible building or facility entrance they serve. **Exceptions:** General circulation paths shall be permitted when located in close proximity to an accessible route. | | The proposed accessible route under the covered walkway is acceptable. The walking surface shall comply with Section 403.  Refer to page 3 for the approved proposed accessible route. |
| 80 | The running slope of the ramp run. as indicated in the referenced photos, exceeds 1:12 (8.33%); measured up to 9.0. | | **11B-206.2.1 Site arrival points.** At least one accessible route shall be provided within the site from accessible parking spaces to the accessible building or facility entrance they serve. **Exceptions:** General circulation paths shall be permitted when located in close proximity to an accessible route. | | The proposed accessible route under the covered walkway is acceptable. The walking surface shall comply with Section 403.  Refer to page 3 for the approved proposed accessible route. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|------|---------|--------------------------|-------------------|----------------------------|------------------------------------------|
| 81 | The slope of the turning space at the bottom of the parallel curb ramp is not 1:48 in all directions; measured up to 2.7%. | | **11B-206.2.1 Site arrival points.** At least one accessible route shall be provided within the site from accessible parking spaces to the accessible building or facility entrance they serve. **Exceptions:** General circulation paths shall be permitted when located in close proximity to an accessible route. | | The proposed accessible route under the covered walkway is acceptable. The walking surface shall comply with Section 403. Refer to page 3 for the approved proposed accessible route. |
| 82 | The cross slope exceeds 1:48; measured up to 2.8%. | | **11B-206.2.1 Site arrival points.** At least one accessible route shall be provided within the site from accessible parking spaces to the accessible building or facility entrance they serve. **Exceptions:** General circulation paths shall be permitted when located in close proximity to an accessible route. | | The proposed accessible route under the covered walkway is acceptable. The walking surface shall comply with Section 403. Refer to page 3 for the approved proposed accessible route. |
| 83 | Approaching the drain inlet grate at the walk at the change in direction the cross slope exceeds 1:48 in any direction; measured up to 11.7%. | | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:48 (2.1%) in any direction at the change in direction. | LINK | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:48 (2.1%) in any direction at the change in direction. |
| 84 | The drain grate has elongated openings with the narrowest dimension more than 1/2"; measured at 7/8". | | Provide a drain grate with openings not more than 1/2" wide in both directions. | LINK:  ADA proof grating | Provide a drain grate with openings not more than 1/2" wide in both directions. |

**Priorities for Accessible Facilities**

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 85 | The walk along the front of the driving range building has a cross slope greater then 1:48 (2.1%); measured up to 2.8%. | | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:48 (2.1%). | LINK | This barrier to the accessible golf cart garage is no longer applicable if the pick-up point is on an accessible route. The pick-up point can be the area in front of the golf balls dispenser. |
| 86 | There is a driveway cut at the walk along the front of the driving range building has a cross slope greater then 1:48 (2.1%); measured up to 9.0%. | | Install a rolling curb and provide a minimum of 48 inches walkway where the cross slope is not steeper than 1:48 and the running slope is not steeper than 1:20. | | This barrier to the accessible golf cart garage is no longer applicable if the pick-up point is on an accessible route. The pick-up point can be the area in front of the golf balls dispenser. |
| 87 | The walk along the front of the driving range building has a cross slope greater then 1:48 (2.1%); measured up to 2.6%. | | Modify or replace the concrete walk surface as required to provide a cross slope not more than 1:48 (2.1 %). | LINK | Provide a code-compliant curb ramp. |
| 88 | The cross slope of the ramp surface is more than 1:48 (2.1%); measured at 2.7%. In addition, the slope of the straight ramp adjacent to the parallel curb ramp, has a slope greater than 1:12 (8.33%); measured up to 11.0%. | | Relocate the curb ramp as shown. | | Relocate the accessible route that connects with the accessible parking to the curb ramp as shown. This is a 3-point curb ramp. |

## Priorities for Accessible Facilities
The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| WALK - ALONG THE DRIVING RANGE BUILDING ON THE DRIVING RANGE SIDE OF THE BUILDING | | | | | |
| 89 | The walk in the area of the driving range building slopes to surface drain inlets with cross slopes exceeding 1:48: measured up to 3.6%. | | The walk is wide enough that there is not a directed route of travel and persons can move in multiple directions to access driving range tees and other elements required to be accessible. Modify/replace the walk in this area as required to provide a slope not more than 1:48 (2.1%) in any direction. | LINK | The walk is wide enough that there is not a directed route of travel and persons can move in multiple directions to access driving range tees and other elements required to be accessible. Modify/replace the walk in this area as required to provide a slope not more than 1:48 (2.1%) in any direction. |
| 90 | The drain grate has elongated openings with the narrowest dimension more than 1/2": measured at 7/8". | | Provide a drain grate with openings not more than 1/2" wide in both directions. | LINK: ADA proof grating | Provide a drain grate with openings not more than 1/2" wide in both directions. |
| 91 | The lids to utility box lids in the walk surface have openings that allow the passage a sphere greater than 1/2" diameter: measured at 1" diameter. | | Apply flush mount plug. | LINK | Apply flush mount plug. |
| 92 | The ground surface at the forward approach to the exterior transaction counter at the driving range shop has a slope greater than 1:48 (2.1%); measured up to 6.2%. | | Modify/replace the walk at the transaction counter as required to provide a compliant ground space with a slope not more than 1:48 (2.1%). | LINK | Modify/replace the walk at the transaction counter as required to provide a compliant ground space with a slope not more than 1:48 (2.1%). |

**Priorities for Accessible Facilities**
The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 93 | The counter height is more than 34" above the walk surface, measured at 44-3/4" high. | | Remove the upper one and provide a compliant transaction counter at not more than 34" above the walk surface. | | Remove the upper one and provide a compliant transaction counter at not more than 34" above the walk surface. |
| **DRIVING RANGE SHOP** | | | | | |
| 94 | At the single leaf entry door there is not a sign with the International Symbol of Accessibility. | | This facility is not a place of public accommodation. This is an employee work area.<br><br>The area shall only be required to comply with floor & ground surfaces, changes in level, and door openings. | ISA is not required at employee work area. | Provide an operational policy that this facility is staff only. If that is the case, then this barrier is not applicable. |
| 95 | There is a change in level between the finish floor and the top of the threshold that exceeds 1/2" overall; measured at 1-3/8". | | | LINK | **Revised comment: Modify the interior and/or exterior walk surface as required to provide a threshold with a change in level not more than ¼" vertical and ½" overall; or provide ramp threshold with a slope not more than 8.33% and a compliant power door opener.** |
| 96 | The door surface within 10" above the floor or ground is not smooth and uninterrupted. There is a kick down doorstop at the push side of the door. | | This facility is not a place of public accommodation. This is an employee work area.<br><br>The area shall only be required to comply with floor & ground surfaces, changes in level, and door openings. | 10 inches smooth surface on the push side is not required at employee work area. | Provide an operational policy that this facility is staff only. If that is the case, then this barrier is not applicable. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 97 | At the double leaf entry door there is not a sign with the international Symbol of Accessibility. | | This facility is not a place of public accommodation. This is an employee work area. The area shall only be required to comply with floor & ground surfaces, changes in level, and door openings. | ISA is not required at employee work area. | Provide an operational policy that this facility is staff only. If that is the case, then this barrier is not applicable. |
| 98 | The door surface within 10" above the floor or ground is not smooth and uninterrupted. There is a kick down doorstop at the push side of the door. | | This facility is not a place of public accommodation. This is an employee work area. The area shall only be required to comply with floor & ground surfaces, changes in level, and door openings. | 10 inches smooth surface on the push side is not required at employee work area. | Provide an operational policy that this facility is staff only. If that is the case, then this barrier is not applicable. |
| DRIVING RANGE SHOP - DRIVING RANGE BALL DISPENSER | | | | | |
| 99 | The side reach is 18-3/4" and the highest operable part is more than 46" above the ground; measured at 51-1/8" above the ground. | | The driving range ball dispenser sits on a 7" high raised curb.  This structural curb cannot be removed due to the weight of the dispenser. Install a doorbell (audible + visual) and signage for assistance.  Mounting height for sign and bell:  34 inches to 44 inches AFF. | LINK | Design professionals shall confirm if the concrete structural slab can be placed at the same level as the adjacent walking surfaces. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| SINGLE-USER RESTROOMS IN CALIFORNIA MUST BE DESIGNATED AS ALL-GENDER | | | | | |
| Effective March 1, 2017, under a new law known the Equal Restroom Access Act, California businesses that have single-user restrooms are required to designate such restrooms as all-gender and must post appropriate accessible signage to that effect. "Single-user" means a "toilet facility with no more than one water closet and one urinal with a locking mechanism controlled by the user." When multiple single user restrooms are clustered at a single location (as they are here), 50%, but no fewer than one, of the single user restrooms must be accessible. The following includes the access barriers at each of the two single user restrooms under the heading of Men's and Women's, however, only one of the of the two single user all-gender restrooms must be accessible. | | | | | |
| MEN'S SINGLE USER RESTROOM = ACCESSIBLE ALL-GENDER TOILET ROOM | | | | | |
| 100 | There is not a compliant geometric symbol door sign for an all-gender restroom. | | Provide a compliant geometric symbol door sign for an all-gender unisex restroom. LINK | | One of the two single-user all-gender restrooms must be accessible. |
| 101 | There is not a room identification sign provided adjacent the latch side of the door. | | Provide a compliant room identification sign adjacent the latch side of the door. Provide the International Symbol of Accessibility if this is to be an accessible restroom. LINK | ALL-GENDER RESTROOM | One of the two single-user all-gender restrooms must be accessible. |
| 102 | The opening force required exceeds 5 bf. No fire label was noted. | | Adjust the door closer as required to provide an opening force not more than 5 lb. force. | | One of the two single-user all-gender restrooms must be accessible. |

**Priorities for Accessible Facilities**

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 103 | The closing speed is less than 5-seconds; measured at 2.81 second | | Adjust the door closer as required so the closing speed is not less than 5-seconds. | | One of the two single-user all-gender restrooms must be accessible. |
| 104 | | | **This number is not being used in Mr. Gary Waters' CASp report.** | | |
| 105 | The water lines are not completely insulated at both lavatories. | | At both lavatories ensure the entire length of water lines, that are not otherwise protected from contact, are completely insulated. | LINK | One of the two single-user all-gender restrooms must be accessible. |
| 106 | The height of the opening at the paper towel dispenser is more than 40" above the floor (and more than 54" above the floor for side reach | | Provide a compliant paper towel dispenser with the dispenser outlet and/or highest operable part not more than 40" above the floor. | TOILET ACCESSORIES | One of the two single-user all-gender restrooms must be accessible. |

## Priorities for Accessible Facilities
The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO: CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 107 | The paper towel dispenser protrudes more than 4" into the circulation path. | | Remove and replace, or relocate, the paper towel dispenser so it does not protrude more than 4" from the wall into a circulation path. LINK | | One of the two single-user all-gender restrooms must be accessible. |
| 108 | The depth of the alcove is 24-3/8" and the alcove width is less than 36"; measured at 32-5/8". | | Remove the urinal screen partition. This is a single-use toilet room. | | One of the two single-user all-gender restrooms must be accessible. |
| 109 | The rim height of the wall hung lavatory exceeds 17" above the floor measured at 23-5/8". | | Lower the urinal as required so the rim height is not more than 17" above the floor. | | One of the two single-user all-gender restrooms must be accessible. |
| 110 | There is a floor drain under the partition of the accessible toilet stall. There is a vertical change in level at the floor drain greater 1/4". | | Modify the finish floor to provide a flush condition. LINK | | One of the two single-user all-gender restrooms must be accessible. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 111 | The floor slope approaching the floor drain exceeds 1:48 (2.1%); measured at 2.5%. | | Modify the finish floor as required to provide a slope not more than 1:48 in any direction. | LINK | One of the two single-user all-gender restrooms must be accessible. |
| 112 | A door pull is not provided on either side of the accessible stall door. | | Remove the accessible stall's partition. This is a single-use toilet room. | | One of the two single-user all-gender restrooms must be accessible. |
| 113 | The end opening door at the accessible toilet stall opens into the toilet stall and encroaches into the required clear floor space at the toilet. | | Remove the accessible stall's partition. This is a single-use toilet room. | | One of the two single-user all-gender restrooms must be accessible. |
| 114 | The toilet paper dispenser outlet is less than 7" to 9" from the front of the toilet; measured at 5". | | Remove the existing combination unit and provide a compliant toilet paper dispenser and seat cover dispenser. | | One of the two single-user all-gender restrooms must be accessible. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO: CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 115 | The reflective surface of the mirror above the lavatory is more than 40" above the floor measured at 50-3/4" above the floor. | | Lower the mirror as require so the reflective surface is not more than 40"above the floor. | 40" max | One of the two single-user ail-gender restrooms must be accessible. |

**SINGLE-USER RESTROOMS IN CALIFORNIA MUST BE DESIGNATED AS ALL-GENDER**

Effective March 1, 2017, under a new law known the Equal Restroom Access Act, California businesses that have single-user restrooms are required to designate such restrooms as all-gender and must post appropriate accessible signage to that effect. "Single-user" means a "toilet facility with no more than one water closet and one urinal with a locking mechanism controlled by the user."  When multiple single user restrooms are clustered at a single location (as they are here), 50%, but no fewer than one, of the single user restrooms must be accessible.  The following includes the access barriers at each of the two single user restrooms under the heading of Men's and Women's, however, only one of the of the two single user all-gender restrooms must be accessible.

**WOMEN'S SINGLE USER RESTROOM = NON-ACCESSIBLE ALL GENDER TOILET ROOM**

| ITEM | BARRIER | PHOTO | PROPOSED SOLUTION | SPEC/SKETCH | MEETING |
|---|---|---|---|---|---|
| 116 | There is not a compliant geometric symbol door sign for an all-gender restroom. | | Provide a compliant geometric symbol door sign for an all-gender unisex restroom. | LINK | One of the two single-user ail-gender restrooms must be accessible. |
| 117 | There is not a room identification sign provided adjacent the latch side of the door. | | Provide a compliant room identification sign adjacent the latch side of the door. | LINK  ALL-GENDER RESTROOM | One of the two single-user ail-gender restrooms must be accessible. |

**Priorities for Accessible Facilities**
The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|------|---------|--------------------------|-------------------|----------------------------|-----------------------------------------|
| 118 | There is a change in level between the finish floor and the top of the threshold that exceeds 1/2" overall; measured at 1-1/4". | | Modify or replace the flooring and/or threshold as required so the change in level at the threshold is not more than 1/2" overall. | LINK | One of the two single-user all-gender restrooms must be accessible. |
| 119 | The water lines are not completely insulated at both lavatories. | | This is a non-accessible all-gender toilet room | No action is required. | One of the two single-user all-gender restrooms must be accessible. |
| 120 | The height of the opening at the paper towel dispenser is more than 40" above the floor; measured at 54-3/8" above the floor. | | This is a non-accessible all-gender toilet room | No action is required. | One of the two single-user all-gender restrooms must be accessible. |
| 121 | The paper towel dispenser protrudes more than 4" into the circulation path. | | This is a non-accessible all-gender toilet room | No action is required. | One of the two single-user all-gender restrooms must be accessible. |

## Priorities for Accessible Facilities
The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 122 | A door pull is not provided on either side of the accessible stall door. | | This is a non-accessible all-gender toilet room | No action is required. | One of the two single-user all-gender restrooms must be accessible. |
| 123 | The end opening door at the accessible toilet stall opens into the toilet stall and encroaches into the required clear floor space at the toilet. | | This is a non-accessible all-gender toilet room | No action is required. | One of the two single-user all-gender restrooms must be accessible. |
| 124 | The toilet paper dispenser outlet is less than 7" to 9" from the front of the toilet. | | This is a non-accessible all-gender toilet room | No action is required. | One of the two single-user all-gender restrooms must be accessible. |
| 125 | The toilet is more than 17" to 18" from the side wall to the centerline of the fixture; measured at 18-3/4". | | This is a non-accessible all-gender toilet room | No action is required. | One of the two single-user all-gender restrooms must be accessible. |

**Priorities for Accessible Facilities**
The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 126 | The flush handle is on the narrow side of the toilet. | | This is a non-accessible all-gender toilet room | No action is required. | One of the two single-user all-gender restrooms must be accessible. |
| 127 | The sanitary napkin disposal unit is not located on the sidewall between the rear wall and the toilet paper dispenser. | | This is a non-accessible all-gender toilet room | No action is required. | One of the two single-user all-gender restrooms must be accessible. |
| 128 | The sanitary product dispenser requires tight gripping, pinching, and twisting of the wrist to operate. | | This is a non-accessible all-gender toilet room | No action is required. | One of the two single-user all-gender restrooms must be accessible. |
| WALK - CONNECTING TO EACH DRIVE RANGE TEE BOX | | | | | |
| 129 | At the walk connecting the driving range tee boxes has cross slopes exceeding 1:48 as indicated in the referenced photos: measured up to 2.9%. | | Modify the walk in this area as required to provide a slope not more than 1:48 (2.1%) in any direction. | LINK | Modify the walk in this area as required to provide a slope not more than 1:48 (2.1%) in any direction. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| | RR1: GOLF COURSE RESTROOM BUILDING - AT THE 4TH TEE.  THE PAD SIZE IS 15 FEET BY 37 FEET.  THIS PRODUCT IS 8 FEET 6 INCHES WIDE BY 20 FEET LONG. | | | | |
| 130 | There is not a compliant geometric symbol door sign for an all-gender restroom. | | Provide a compliant geometric symbol door sign for an all-gender unisex restroom. | LINK<br><br>ADA 6 feet by 10 feet 1-station | Clustered single-user toilet rooms (2 minimum) are next to, or close to, one another. No more than 50% for each use within a cluster must comply. The International Symbol of Accessibility must label compliant toilet rooms and portable units unless all are accessible (§213.2, Ex. 3, §216.8).<br><br>One accessible toilet room is sufficient.  Refer to the single-use accessible mobile diagram. |
| 131 | The room identification sign provided adjacent the latch side of the door does not include the International Symbol of Accessibility. | | Replace the existing portable toilet rooms with ADA compliant mobile restroom trailer. | LINK<br><br>ADA 6 f | Clustered single-user toilet rooms (2 minimum) are next to, or close to, one another. No more than 50% for each use within a cluster must comply. The International Symbol of Accessibility must label compliant toilet rooms and portable units unless all are accessible (§213.2, Ex. 3, §216.8).<br><br>One accessible toilet room is sufficient.  Refer to the single-use accessible mobile diagram. |
| 132 | The opening force required exceeds 5 bf.  No fire label was noted. | | Replace the existing portable toilet rooms with ADA compliant mobile restroom trailer. | LINK<br><br>ADA 6 feet by 10 feet 1-station | Clustered single-user toilet rooms (2 minimum) are next to, or close to, one another. No more than 50% for each use within a cluster must comply. The International Symbol of Accessibility must label compliant toilet rooms and portable units unless all are accessible (§213.2, Ex. 3, §216.8).<br><br>One accessible toilet room is sufficient.  Refer to the single-use accessible mobile diagram. |
| 133 | The closing speed is less than 5-seconds; measured at 1.76 seconds | | Replace the existing portable toilet rooms with ADA compliant mobile restroom trailer. | LINK<br><br>ADA 6 feet by 10 feet 1-station | Clustered single-user toilet rooms (2 minimum) are next to, or close to, one another. No more than 50% for each use within a cluster must comply. The International Symbol of Accessibility must label compliant toilet rooms and portable units unless all are accessible (§213.2, Ex. 3, §216.8).<br><br>One accessible toilet room is sufficient.  Refer to the single-use accessible mobile diagram. |

## Priorities for Accessible Facilities
The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO: CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 134 | The clearance at the front apron of the stall is less than 29" above the floor measured at 27-1/2". | | Replace the existing portable toilet rooms with ADA compliant mobile restroom trailer. | LINK<br><br>ADA 6 feet by 10 feet 1-station | Clustered single-user toilet rooms (2 minimum) are next to, or close to, one another. No more than 50% for each use within a cluster must comply. The International Symbol of Accessibility must label compliant toilet rooms and portable units unless all are accessible (§213.2, Ex. 3, §216.8).<br><br>One accessible toilet room is sufficient.  Refer to the single-use accessible mobile diagram. |
| 135 | The water and waste lines are not insulated or otherwise protected from contact | | Replace the existing portable toilet rooms with ADA compliant mobile restroom trailer. | LINK<br><br>ADA 6 feet by 10 feet 1-station | Clustered single-user toilet rooms (2 minimum) are next to, or close to, one another. No more than 50% for each use within a cluster must comply. The International Symbol of Accessibility must label compliant toilet rooms and portable units unless all are accessible (§213.2, Ex. 3, §216.8).<br><br>One accessible toilet room is sufficient.  Refer to the single-use accessible mobile diagram. |
| 136 | The height of the opening at the paper towel dispenser is more than 40" above the floor | | Replace the existing portable toilet rooms with ADA compliant mobile restroom trailer. | LINK<br><br>ADA 6 feet by 10 feet 1-station | Clustered single-user toilet rooms (2 minimum) are next to, or close to, one another. No more than 50% for each use within a cluster must comply. The International Symbol of Accessibility must label compliant toilet rooms and portable units unless all are accessible (§213.2, Ex. 3, §216.8).<br><br>One accessible toilet room is sufficient.  Refer to the single-use accessible mobile diagram. |
| 137 | The paper towel dispenser protrudes more than 4" into the circulation path. | | Replace the existing portable toilet rooms with ADA compliant mobile restroom trailer. | LINK<br><br>ADA 6 feet by 10 feet 1-station | Clustered single-user toilet rooms (2 minimum) are next to, or close to, one another. No more than 50% for each use within a cluster must comply. The International Symbol of Accessibility must label compliant toilet rooms and portable units unless all are accessible (§213.2, Ex. 3, §216.8).<br><br>One accessible toilet room is sufficient.  Refer to the single-use accessible mobile diagram. |

## Priorities for Accessible Facilities
The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 138 | The reflective surface of the mirror above the lavatory is more than 40" above the floor measured at 41-1/2" above the floor. | | Replace the existing portable toilet rooms with ADA compliant mobile restroom trailer. | LINK<br><br>ADA 6 feet by 10 feet 1-station | Clustered single-user toilet rooms (2 minimum) are next to, or close to, one another. No more than 50% for each use within a cluster must comply. The International Symbol of Accessibility must label compliant toilet rooms and portable units unless all are accessible (§213.2, Ex. 3, §216.8).<br><br>One accessible toilet room is sufficient.  Refer to the single-use accessible mobile diagram. |
| 139 | The metering faucet valve closing after 7.95-seconds. | | Replace the existing portable toilet rooms with ADA compliant mobile restroom trailer. | LINK<br><br>ADA 6 feet by 10 feet 1-station | Clustered single-user toilet rooms (2 minimum) are next to, or close to, one another. No more than 50% for each use within a cluster must comply. The International Symbol of Accessibility must label compliant toilet rooms and portable units unless all are accessible (§213.2, Ex. 3, §216.8).<br><br>One accessible toilet room is sufficient.  Refer to the single-use accessible mobile diagram. |
| 140 | The clear space at the toilet is less than 60" measured perpendicular to the side wall; measured at 52". | | Replace the existing portable toilet rooms with ADA compliant mobile restroom trailer. | LINK<br><br>ADA 6 feet by 10 feet 1-station | Clustered single-user toilet rooms (2 minimum) are next to, or close to, one another. No more than 50% for each use within a cluster must comply. The International Symbol of Accessibility must label compliant toilet rooms and portable units unless all are accessible (§213.2, Ex. 3, §216.8).<br><br>One accessible toilet room is sufficient.  Refer to the single-use accessible mobile diagram. |
| 141 | The top of the toilet seat Is less than 17" above the floor; measured at 16-5/8" above the floor. | | Replace the existing portable toilet rooms with ADA compliant mobile restroom trailer. | LINK<br><br>ADA 6 feet by 10 feet 1-station | Clustered single-user toilet rooms (2 minimum) are next to, or close to, one another. No more than 50% for each use within a cluster must comply. The International Symbol of Accessibility must label compliant toilet rooms and portable units unless all are accessible (§213.2, Ex. 3, §216.8).<br><br>One accessible toilet room is sufficient.  Refer to the single-use accessible mobile diagram. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 142 | There is less than 1-1/2" clearance between the rear wall grab bar and the top of the toilet; measured at 3/4". | | Replace the existing portable toilet rooms with ADA compliant mobile restroom trailer. | LINK<br><br>ADA 6 feet by 10 feet 1-station | Clustered single-user toilet rooms (2 minimum) are next to, or close to, one another. No more than 50% for each use within a cluster must comply. The International Symbol of Accessibility must label compliant toilet rooms and portable units unless all are accessible (§213.2, Ex. 3, §216.8).<br><br>One accessible toilet room is sufficient.  Refer to the single-use accessible mobile diagram. |
| 143 | The rear wall grab bar does not extend a minimum 24" to the wide side of the toilet; measured at 22". | | Replace the existing portable toilet rooms with ADA compliant mobile restroom trailer. | LINK<br><br>ADA 6 feet by 10 feet 1-station | Clustered single-user toilet rooms (2 minimum) are next to, or close to, one another. No more than 50% for each use within a cluster must comply. The International Symbol of Accessibility must label compliant toilet rooms and portable units unless all are accessible (§213.2, Ex. 3, §216.8).<br><br>One accessible toilet room is sufficient.  Refer to the single-use accessible mobile diagram. |
| 144 | The side wall grab bar does not extend a minimum 54" from the rear wall to the far end of the grab bar; measured at 52". | | Replace the existing portable toilet rooms with ADA compliant mobile restroom trailer. | LINK<br><br>ADA 6 feet by 10 feet 1-station | Clustered single-user toilet rooms (2 minimum) are next to, or close to, one another. No more than 50% for each use within a cluster must comply. The International Symbol of Accessibility must label compliant toilet rooms and portable units unless all are accessible (§213.2, Ex. 3, §216.8).<br><br>One accessible toilet room is sufficient.  Refer to the single-use accessible mobile diagram. |
| 145 | There are two side by side mounted toilet paper dispensers. The far end of the furthest dispenser is more than 36" from the rear wall and neither dispenser is located 7" to 9" from the front of the toilet to the centerline of the dispenser. | | Replace the existing portable toilet rooms with ADA compliant mobile restroom trailer. | LINK<br><br>ADA 6 feet by 10 feet 1-station | Clustered single-user toilet rooms (2 minimum) are next to, or close to, one another. No more than 50% for each use within a cluster must comply. The International Symbol of Accessibility must label compliant toilet rooms and portable units unless all are accessible (§213.2, Ex. 3, §216.8).<br><br>One accessible toilet room is sufficient.  Refer to the single-use accessible mobile diagram. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 146 | The floor slope approaching the floor drain exceeds 1:48 (2.1%); measured at 3.6%. | | Replace the existing portable toilet rooms with ADA compliant mobile restroom trailer. | LINK<br><br>ADA 6 feet by 10 feet 1-station | Clustered single-user toilet rooms (2 minimum) are next to, or close to, one another. No more than 50% for each use within a cluster must comply. The International Symbol of Accessibility must label compliant toilet rooms and portable units unless all are accessible (§213.2, Ex. 3, §216.8).<br><br>One accessible toilet room is sufficient. Refer to the single-use accessible mobile diagram. |
| **RR2: GOLF COURSE RESTROOM BUILDING - AT THE 4TH TEE.  ONLY 1 OF THE 2 SINGLE USER ALL-GENDER RESTROOMS MUST BE ACCESSIBLE.** | | | | | |
| 147 | There is not a compliant geometric symbol door sign for an all-gender restroom. | | RR1 is an ADA compliant restroom. Only 1 of the 2 single use all-gender restrooms is required to be accessible. | This barrier is not applicable since we are making RR1 the accessible toilet room. | This barrier is not applicable since we are making RR1 the accessible toilet room. |
| 148 | The room identification sign provided adjacent the latch side of the door does not include the International Symbol of Accessibility. | | RR1 is an ADA compliant restroom. Only 1 of the 2 single use all-gender restrooms is required to be accessible. | This barrier is not applicable since we are making RR1 the accessible toilet room. | This barrier is not applicable since we are making RR1 the accessible toilet room. |
| 149 | This number is not being used in Mr. Gary Waters' CASp report. | | | | |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 150 | The opening force required exceeds 5 bf. No fire label was noted. | | RR1 is an ADA compliant restroom. Only 1 of the 2 single use all-gender restrooms is required to be accessible. | This barrier is not applicable since we are making RR1 the accessible toilet room. | This barrier is not applicable since we are making RR1 the accessible toilet room. |
| 151 | The closing speed is less than 5-seconds; measured at 1.90 seconds | | RR1 is an ADA compliant restroom. Only 1 of the 2 single use all-gender restrooms is required to be accessible. | This barrier is not applicable since we are making RR1 the accessible toilet room. | This barrier is not applicable since we are making RR1 the accessible toilet room. |
| 152 | The clearance at the front apron of the stall is less than 29" above the floor measured at 28-1/4". | | RR1 is an ADA compliant restroom. Only 1 of the 2 single use all-gender restrooms is required to be accessible. | This barrier is not applicable since we are making RR1 the accessible toilet room. | This barrier is not applicable since we are making RR1 the accessible toilet room. |
| 153 | The water and waste lines are not insulated or otherwise protected from contact. | | RR1 is an ADA compliant restroom. Only 1 of the 2 single use all-gender restrooms is required to be accessible. | This barrier is not applicable since we are making RR1 the accessible toilet room. | This barrier is not applicable since we are making RR1 the accessible toilet room. |

**Priorities for Accessible Facilities**

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 154 | The height of the opening of the paper towel dispenser is more than 40" above the floor. | | RR1 is an ADA compliant restroom. Only 1 of the 2 single use all-gender restrooms is required to be accessible. | This barrier is not applicable since we are making RR1 the accessible toilet room. | This barrier is not applicable since we are making RR1 the accessible toilet room. |
| 155 | The paper towel dispenser protrudes more than 4" into the circulation path. | | RR1 is an ADA compliant restroom. Only 1 of the 2 single use all-gender restrooms is required to be accessible. | This barrier is not applicable since we are making RR1 the accessible toilet room. | This barrier is not applicable since we are making RR1 the accessible toilet room. |
| 156 | The reflective surface of the mirror above the lavatory is more than 40" above the floor measured at 41-1/4" above the floor. | | RR1 is an ADA compliant restroom. Only 1 of the 2 single use all-gender restrooms is required to be accessible. | This barrier is not applicable since we are making RR1 the accessible toilet room. | This barrier is not applicable since we are making RR1 the accessible toilet room. |
| 157 | The metering faucet valve closing after 4.64-seconds. | | RR1 is an ADA compliant restroom. Only 1 of the 2 single use all-gender restrooms is required to be accessible. | This barrier is not applicable since we are making RR1 the accessible toilet room. | This barrier is not applicable since we are making RR1 the accessible toilet room. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 158 | The clear space at the toilet is less than 60" measured perpendicular to the side wall; measured at 52-1/4". | | RR1 is an ADA compliant restroom. Only 1 of the 2 single use all-gender restrooms is required to be accessible. | This barrier is not applicable since we are making RR1 the accessible toilet room. | This barrier is not applicable since we are making RR1 the accessible toilet room. |
| 159 | The flush handle is on the narrow side of the toilet. | | RR1 is an ADA compliant restroom. Only 1 of the 2 single use all-gender restrooms is required to be accessible. | This barrier is not applicable since we are making RR1 the accessible toilet room. | This barrier is not applicable since we are making RR1 the accessible toilet room. |
| 160 | There is less than 1-1/2" clearance between the rear wall grab bar and the top of the toilet; measured at 3/8". | | RR1 is an ADA compliant restroom. Only 1 of the 2 single use all-gender restrooms is required to be accessible. | This barrier is not applicable since we are making RR1 the accessible toilet room. | This barrier is not applicable since we are making RR1 the accessible toilet room. |
| 161 | The top of the grab bars, both rear wall and sidewall, is less than 33" above the floor: measured at 31-1/2". | | RR1 is an ADA compliant restroom. Only 1 of the 2 single use all-gender restrooms is required to be accessible. | This barrier is not applicable since we are making RR1 the accessible toilet room. | This barrier is not applicable since we are making RR1 the accessible toilet room. |

## Priorities for Accessible Facilities
The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 162 | There are two side by side mounted toilet paper dispensers. The far end of the furthest dispenser is more than 36" from the rear wall and neither dispenser is located 7" to 9" from the front of the toilet to the centerline of the dispenser. | | RR1 is an ADA compliant restroom. Only 1 of the 2 single use all-gender restrooms is required to be accessible. | This barrier is not applicable since we are making RR1 the accessible toilet room. | This barrier is not applicable since we are making RR1 the accessible toilet room. |
| **ACCESSIBLE PARKING** | | | | | |
| 163 | The required tow-away sign(s) are not provided at all vehicle entrances to the parking lot. | | Provide the required tow away sign(s) with the reclaim information at each vehicle entrance to the parking lot. | LINK | Provide the required tow away sign(s) with the reclaim information at each vehicle entrance to the parking lot. |
| **ACCESSIBLE PARKING NEAREST THE GOLF PRO SHOP** | | | | | |
| 164 | The slope of the accessible parking spaces and the access aisles serving them exceeds 1:48 (2.1%); measured up to 3.2%. | | Modify the asphalt paving per the BKF design drawings to provide a slope not more than 1:48 (2.1%). | LINK | Modify the asphalt paving per the BKF design drawings to provide a slope not more than 1:48 (2.1%). |
| **ACCESSIBLE PARKING VAPS1, APS2, VAPS3, & APS4** | | | | | |
| 165 | The slope of the accessible parking spaces and the access aisles serving them exceeds 1:48 (2.1%); measured up to 3.5% | | Modify the asphalt paving per the BKF design drawings to provide a slope not more than 1:48 (2.1%). | LINK | Modify the asphalt paving per the BKF design drawings to provide a slope not more than 1:48 (2.1%).<br><br>There is a catch basin in this parking space. We can remove or relocate based on the parking calculation on page 4. |

## Priorities for Accessible Facilities
The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 166 | The slope of the cross walk exceeds 1:20 (5%); measured at 6.7%. | | Modify the asphalt paving per the BKF design drawings to provide a slope not more than 1:48 (2.1%). | LINK | Modify the asphalt paving per the BKF design drawings to provide a slope not more than 1:48 (2.1%). |
| 167 | There is a sewer utility box with a lid that is not level with the adjacent paving surface; the change in level is 7/8". | | Modify the asphalt paving per the BKF design drawings to provide a slope not more than 1:48 (2.1%). | LINK | Modify the asphalt paving per the BKF design drawings to provide a slope not more than 1:48 (2.1%). |
| **ACCESSIBLE PARKING APS5, APS6, APS7, VAPS8, & APS9** | | | | | |
| 168 | The slope of the accessible parking spaces and the access aisles serving them exceeds 1:48 (2.1%); measured up to 7.1%. | | Modify the asphalt paving per the BKF design drawings to provide a slope not more than 1:48 (2.1%). | LINK | Modify the asphalt paving per the BKF design drawings to provide a slope not more than 1:48 (2.1%). There is a catch basin in this parking space.  We can remove or relocate based on the parking calculation on page 4. |
| 169 | The drain grate has elongated openings with the narrowest dimension more than 1/2"; measured at 7/8". The slope to the drain exceeds 1:46 (2.1%); measured at 3.6%. | | Modify the asphalt paving per the BKF design drawings to provide a slope not more than 1:48 (2.1%).  Replace the drain grate. | LINK: ADA proof grating | Modify the asphalt paving per the BKF design drawings to provide a slope not more than 1:48 (2.1%).  Replace the drain grate. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC; SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|------|---------|--------------------------|-------------------|------------------------------|------------------------------------------|
| **ACCESSIBLE PARKING APS10 & VAPS11** | | | | | |
| 170 | The slope of the accessible parking spaces and the access aisles serving them exceeds 1:46 (2.1%); measured up to 3.1%. | | Modify the asphalt paving per the BKF design drawings to provide a slope not more than 1:48 (2.1%). LINK | | Modify the asphalt paving per the BKF design drawings to provide a slope not more than 1:48 (2.1%). There is a catch basin in this parking space. We can remove or relocate based on the parking calculation on page 4. |
| 171 (A) | There is not a minimum 24" of walking surface between detectable warnings. | | The cut-through median is 72". Remove the existing detectable warnings extending 36" in the direction of travel and replace with detectable warnings extending 24" in the direction of travel separated by a minimum 24" of walking surface without detectable warnings. | | 11B-705.1.2.3 Islands or cut-through medians. Detectable warnings at pedestrian islands or cut-through medians shall be 36 inches minimum in depth extending the full width of the pedestrian path or cut-through less 2 inches maximum on each side, placed at the edges of the pedestrian island or cut-through median, and shall be separated by 24 inches minimum of walking surface without detectable warnings. Exception: Detectable warnings shall be 24 inches minimum in depth at pedestrian islands or cut-through medians that are less than 96 inches in length in the direction of pedestrian travel. |
| **ACCESSIBLE PARKING APS12 & VAPS13** | | | | | |
| 171 (B) | There is not a minimum 24" of walking surface between detectable warnings. | | The cut-through median is 72". Remove the existing detectable warnings extending 36" in the direction of travel and replace with detectable warnings extending 24" in the direction of travel separated by a minimum 24" of walking surface without detectable warnings. | | 11B-705.1.2.3 Islands or cut-through medians. Detectable warnings at pedestrian islands or cut-through medians shall be 36 inches minimum in depth extending the full width of the pedestrian path or cut-through less 2 inches maximum on each side, placed at the edges of the pedestrian island or cut-through median, and shall be separated by 24 inches minimum of walking surface without detectable warnings. Exception: Detectable warnings shall be 24 inches minimum in depth at pedestrian islands or cut-through medians that are less than 96 inches in length in the direction of pedestrian travel. |

## Priorities for Accessible Facilities
The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| | NORMA ARNERICH TEACHING ACADEMY | | | | |
| 172 | There is not a sign on or immediately adjacent the door with the International Symbol of Accessibility. | | This facility is not a place of public accommodation. This is an employee work area.<br><br>The area shall only be required to comply with floor & ground surfaces, changes in level, and door openings. | ISA is not required at employee work area. | Provide an operational policy that this facility is staff only. If that is the case, then this barrier is not applicable. |
| 173 | The opening force required exceeds 5 lbs force. | | This facility is not a place of public accommodation. This is an employee work area.<br><br>The area shall only be required to comply with floor & ground surfaces, changes in level, and door openings. | The opening force is not part of the employee workstations requirement per Section 203.9. | Provide an operational policy that this facility is staff only. If that is the case, then this barrier is not applicable. |
| 174 | The closing speed is less than 5-seconds; measured at 4.33 seconds | | This facility is not a place of public accommodation. This is an employee work area.<br><br>The area shall only be required to comply with floor & ground surfaces, changes in level, and door openings. | The closing speed is not part of the employee workstations requirement per Section 203.9. | Provide an operational policy that this facility is staff only. If that is the case, then this barrier is not applicable. |
| 175 | The door lock requires pinching and twisting of the wrist to operate. | | This facility is not a place of public accommodation. This is an employee work area.<br><br>The area shall only be required to comply with floor & ground surfaces, changes in level, and door openings. | The door hardware is not part of the employee workstations requirement per Section 203.9. | Provide an operational policy that this facility is staff only. If that is the case, then this barrier is not applicable. |

## Priorities for Accessible Facilities

The checklist follows the four priorities in the Department of Justice ADA title III regulations.

Priority 1 - Accessible approach and entrance
Priority 2 - Access to goods and services
Priority 3 - Access to public toilet rooms
Priority 4 - Access to other items such as water fountains and public telephones



| ITEM | BARRIER | PHOTO; CURRENT SITUATION | PROPOSED SOLUTION | SPEC/SKETCH, IF APPLICABLE | MEETING WITH GARY W. (OCTOBER 11, 2021) |
|---|---|---|---|---|---|
| 176 | The door surface within 10" above the floor or ground is not smooth and uninterrupted. The bottom rail has attached hardware. | | This facility is not a place of public accommodation. This is an employee work area.<br><br>The area shall only be required to comply with floor & ground surfaces, changes in level, and door openings. | The 10 inches smooth surface on the push side is not part of the employee workstations requirement per Section 203.9. | Provide an operational policy that this facility is staff only.  If that is the case, then this barrier is not applicable. |
| 177 | There is a change in level between the finish floor and the top of the threshold that exceeds 1/2" overall; measured at 1-1/4". | | | LINK | **Revised comment:  Modify the interior and/or exterior walk surface as required to provide a threshold with a change in level not more than ¼" vertical and ½" overall; or provide ramp threshold with a slope not more than 8.33% and a compliant power door opener.** |
| 178 | Barrier found on October 11, 2021<br><br>All drinking fountains shall either be located completely within alcoves, positioned completely between wing walls, or otherwise positioned so as not to encroach into pedestrian ways. | | No fewer than two drinking fountains shall be provided.<br><br>(1) Spout outlets shall be 36 inches maximum above the finish floor or ground.<br>(2)  Spout outlets of drinking fountains for standing persons shall be 38 inches minimum and 43 inches maximum above the finish floor or ground. | | No fewer than two drinking fountains shall be provided. All drinking fountains shall either be located completely within alcoves, positioned completely between wing walls, or otherwise positioned so as not to encroach into pedestrian ways.<br><br>(1) Spout outlets shall be 36 inches maximum above the finish floor or ground.<br>(2)  Spout outlets of drinking fountains for standing persons shall be 38 inches minimum and 43 inches maximum above the finish floor or ground. |

# EXHIBIT 2
# TO ATTACHMENT A



| ID | Task Mode | Task Name | Duration | Start | Finish | Predecessors | Successors |
|---|---|---|---|---|---|---|---|
| 1 | | **Corica Park Golf Course Project** | **665 days** | **Mon 8/1/22** | **Mon 3/24/25** | | |
| 2 | | **Design For A+E** | **270 days** | **Mon 8/1/22** | **Mon 8/28/23** | | |
| 3 | | Solicitation For A+E Proposals | 35 days | Mon 8/1/22 | Mon 9/19/22 | | 4 |
| 4 | | Contracts For A+E | 15 days | Tue 9/20/22 | Tue 10/11/22 | 3 | 5 |
| 5 | | Drawing Set Production | 60 days | Wed 10/12/22 | Mon 1/9/23 | 4 | 6 |
| 6 | | Document Review & Revision | 30 days | Tue 1/10/23 | Wed 2/22/23 | 5 | 7 |
| 7 | | Bids For G.C. | 30 days | Thu 2/23/23 | Wed 4/5/23 | 6 | 8 |
| 8 | | Review Bids For G.C. | 10 days | Thu 4/6/23 | Wed 4/19/23 | 7 | 9,10 |
| 9 | | Contracts For G.C. | 20 days | Thu 4/20/23 | Wed 5/17/23 | 8 | |
| 10 | | Grading & Building Permits From City | 90 days | Thu 4/20/23 | Mon 8/28/23 | 8 | 40,19 |
| 18 | | **Parking Area Construction** | **95 days** | **Tue 8/29/23** | **Wed 1/17/24** | | |
| 19 | | 163. Accessible Parking | 10 days | Tue 8/29/23 | Tue 9/12/23 | 10 | 20 |
| 20 | | 164. Accessible Parking Nearest The Golf Pro Shop | 15 days | Wed 9/13/23 | Tue 10/3/23 | 19 | 21 |
| 21 | | 165. Accessible Parking Vaps1, Aps2, Vaps3, & Aps4 | 15 days | Wed 10/4/23 | Wed 10/25/23 | 20 | 22,12 |
| 22 | | 168. Accessible Parking Aps5, Aps6, Aps7, Vaps8, & Aps9 | 15 days | Thu 10/26/23 | Wed 11/15/23 | 21 | 23 |
| 23 | | 170. Accessible Parking Aps10 & Vaps11 | 15 days | Thu 11/16/23 | Fri 12/8/23 | 22 | 24 |
| 24 | | 171(B). Accessible Parking Aps12 & Vaps13 | 15 days | Mon 12/11/23 | Tue 1/2/24 | 23 | 25 |
| 25 | | Parking Area Final WalkThrough | 10 days | Wed 1/3/24 | Wed 1/17/24 | 24 | |
| 39 | | **Modular Construction** | **365 days** | **Tue 8/29/23** | **Mon 2/10/25** | | |
| 40 | | 130. RR1: Golf Course Restroom Building - At The 4th Tee. The Pad Size Is 15 Feet By 37 Feet. This Product Is 8 Feet 6 Inches Wide by 20 Feet Long. | 360 days | Tue 8/29/23 | Mon 2/3/25 | 10 | 41 |
| 41 | | 147. RR2: Golf Course Restroom Building - At The 4th Tee. Only 1 Of The 2 Single User All-gender Restrooms Must Be Accessible. | 0 days | Mon 2/3/25 | Mon 2/3/25 | 40 | 42 |
| 42 | | Modular Construction Final WalkThrough | 5 days | Tue 2/4/25 | Mon 2/10/25 | 41 | |
| 11 | | **Walkway Construction** | **145 days** | **Thu 10/26/23** | **Thu 5/23/24** | | |
| 12 | | 29. Exterior Dining Patio | 35 days | Thu 10/26/23 | Fri 12/15/23 | 21 | 13 |
| 13 | | 33. Walk-Along The Golf Course Building And The Dining Patio | 5 days | Mon 12/18/23 | Fri 12/22/23 | 12 | 14 |
| 14 | | 35. Walk & Curb Ramp-Between The Golf Building And The Restaurant And Then Leading Toward The Driving Range | 45 days | Tue 12/26/23 | Thu 2/29/24 | 13 | 15,27 |
| 15 | | 69. Path of Travel-From Golf Building To Driving Range(including Walks and Curb Ramps) | 40 days | Fri 3/1/24 | Thu 4/25/24 | 14 | 16 |
| 16 | | 89. Walk-Along The Driving Range Building On The Driving Range Side Of The Building | 10 days | Fri 4/26/24 | Thu 5/9/24 | 15 | 17 |
| 17 | | Walkway Construction Final WalkThrough | 10 days | Fri 5/10/24 | Thu 5/23/24 | 16 | |
| 26 | | **Building Construction** | **270 days** | **Fri 3/1/24** | **Mon 3/24/25** | | |
| 27 | | 1. Restaurant's Restrooms: Men's Restroom | 30 days | Fri 3/1/24 | Thu 4/11/24 | 14 | 28 |
| 28 | | 17. Restaurant's Restrooms: Women's Restroom | 60 days | Fri 4/12/24 | Tue 7/9/24 | 27 | 29 |
| 29 | | 27. Snack Bar | 10 days | Wed 7/10/24 | Tue 7/23/24 | 28 | 30 |
| 30 | | 39. Pro Shop | 5 days | Wed 7/24/24 | Tue 7/30/24 | 29 | 31 |
| 31 | | 57. Women's Restroom-Golf Building | 40 days | Wed 7/31/24 | Wed 9/25/24 | 30 | 32 |
| 32 | | 46. Men's Restroom-Golf Building | 60 days | Thu 9/26/24 | Mon 12/23/24 | 31 | 34 |
| 34 | | 94. Driving Range Shop | 5 days | Tue 12/24/24 | Mon 12/30/24 | 32 | 35 |
| 35 | | 99. Driving Range Shop-Driving Range Ball Dispenser | 15 days | Tue 12/31/24 | Mon 1/20/25 | 34 | 36 |
| 36 | | 100. Men's Single User Restroom = Accessible All-Gender Toilet Room | 20 days | Tue 1/21/25 | Mon 2/17/25 | 35 | 37 |
| 37 | | 116. Women's Single User Restroom = Non-Accessible All Gender Toilet Room | 10 days | Tue 2/18/25 | Mon 3/3/25 | 36 | 38 |
| 38 | | 172. Norma Arnerich Teaching Academy | 5 days | Tue 3/4/25 | Mon 3/10/25 | 37 | 33 |
| 33 | | Building Construction Final WalkThrough | 10 days | Tue 3/11/25 | Mon 3/24/25 | 38 | |

Project: Corica Park Golf Course
Date: Tue 7/12/22

| Task | Summary | Inactive Milestone | Duration-only | Start-only | External Milestone | Manual Progress |
|---|---|---|---|---|---|---|
| Split | Project Summary | Inactive Summary | Manual Summary Rollup | Finish-only | Deadline | |
| Milestone | Inactive Task | Manual Task | Manual Summary | External Tasks | Progress | |

# ATTACHMENT B TO CONSENT DECREE AND ORDER

## "ATTACHMENT B" TO CONSENT DECREE AND ORDER

Greenway Golf Associates, Inc. ("**Greenway**") agrees to implement and maintain the following policies and procedures:

1. **Door Accessibility**

   a. For all doors that may be used by the public, Greenway will implement a maintenance schedule to a check and adjust the following twice a year:

      i. <u>Door Pressures</u>: Doors will be maintained to no more than 5 lbs. of force required to open the door. Verified fire doors will be maintained to the least amount of pressure to open, not to exceed 15 lbs.

      ii. <u>Closing Speeds</u>: Door closers will be maintained so the closing speed of each door leaf is not less than 5 seconds.

      iii. <u>Doors Closed Due to Inclement Weather</u>: If any doors that are usually kept open during business hours are closed due to inclement weather, Greenway will ensure these doors meet the door pressure and closing speed requirements noted above or will ensure staff are readily available to assist individuals with opening these doors.

   b. Greenway will log and prioritize responding complaints about specific door pressures or closing speeds and will fix issues with these doors expediently.

2. **Publication of availability of ParaGolfer**: Greenway will, within three months of plaintiffs' acceptance of this offer, ensure that the availability and features of the ParaGolfer are published on the website for Corica Park.

3. **Employee Training**:

   a. Greenway will train its employees at Corica Park to:

      i. interact compassionately with members of the public with physical disabilities; and

      ii. not interact with Plaintiffs in a retaliatory manner.

   b. Greenway will also train its employees at Corica Park on the features of the ParaGolfer and how to properly store, maintain, and charge the ParaGolfer.

4. **North Course**

   a. Greenway will ensure the North Course front 9 is fully accessible by 9/30/2024.

   b. Greenway will not open the North Course back 9 holes to the general public until the North Course, front and back 9 holes, is fully accessible to disabled golfers.

    c.  All physically disabled golfers and their companions will golf nine holes on the South Course at rates no higher than those rates applicable to the North Course until the North Course front 9 is made fully accessible.

    d.  Until the North Course is open to all golfers, including disabled golfers, Abdul and Priscilla Nevarez will be provided free golf and cart use for as long as Greenway manages Corica Park.  Greenway advises that the Nevarezes would need to book their tee times using Coria Park's on-line reservation system and notify the GM by email that they need to use the Paragolfer for their reserved tee time, to ensure that it is available and ready for use upon their arrival.  The free golf will apply only to the Nevarezes and not to their family members or guests.

5.  **Driving Range Shop** will not be opened to the public until it is fully accessible.

6.  **Norma Arnerich Teaching Academy:** Greenway Golf has represented that this area is not open to the public. If this area is ever opened to the public, Greenway Golf and the City will ensure it is fully accessible.

7.  **Interim Barrier Removal**

    a.  <u>Restrooms</u>:

        i.  Greenway will install two sets of accessible porto-potties to be located on an accessible route in close proximty to the main building and the driving range and will be in service until barrier removal for the respective areas in question (i.e., main building, driving range) is completed.  Greenway and its CASp will consult with plaintiffs' CASp on the exact location of the porto-potties to ensure access by disabled patrons.

       ii.  Greenway will:

           1)  install directional signage at existing restrooms to alert users of where the closest accessible restroom(s) is/are located;

           2)  install signage at the accessible porto-potties to alert users these porto-potties are to be prioritized for physically disabled patrons; and

           3)  ensure accessible porto-potties are properly serviced, maintained, and cleaned.

    b.  <u>Path of travel between the main building, restaurant, & driving range</u>: The goal is to make best efforts to prevent a physically disabled patron who has never been to Corica Park from parking somewhere, assuming they will be able to travel easily from one area to another.

        i.  Greenway will include information on Corica Park's website that alerts patrons/visitors that they should park in designated accessible parking

closest to the building/area they intend to use (i.e., driving range, Pro Shop, or restaurant).

    ii.    Greenway will install a sign at the designated accessible parking area closest to the driving range that if patrons seek to access the main building or restaurant, they should park closer to those buildings.

    iii.    Greenway will install a sign at the designated accessible parking area closest to the main building and restaurant that if patrons seek to access the driving range, they should park closer to the driving range.

c.   <u>Ball dispenser</u>: Greenway will continue Corica Park's existing policy to assist golfers by bringing balls to them if they need assistance. Greenway Golf will install a sign at the ball dispenser alerting golfers how to get assistance with the ball dispenser. Greenway Golf will ensure that there is always an employee at the driving range who will be able to assist. If an employee will not be available at the driving range when the Course is open, the sign at the ball dispenser will display a phone number to call for assistance.

    <u>Pro Shop</u>:  In addition to completing Items 39-44 in CAS Report, LLC, dated November 12, 2021, attached to Exhibit 1 to Attachment A to the Consent Decree and Order as to Injunctive Relief Only, Greenway will install a transaction counter at 34" by December 31, 2022.