Catherine Cabalo (CA Bar No. 248198)
Peiffer Wolf Carr Kane Conway & Wise, LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415.766.3592
Facsimile: 415.402.0058
Email: ccabalo@peifferwolf.com

*Attorneys for Plaintiffs*
*Abdul Nevarez and Priscilla Nevarez*

*\* Attorneys for Defendant City of Alameda listed after the caption.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL NEVAREZ and PRISCILLA NEVAREZ,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF ALAMEDA; GREENWAY GOLF ASSOCIATES, INC. dba CORICA PARK GOLF COURSE; DIALEMI, INC. dba JIM'S ON THE COURSE,<br><br>　　　　　Defendants. | Case No.  4:20-cv-08302-JST<br><u>Civil Rights</u><br><br>**STIPULATED DISMISSAL OF DEFENDANT CITY OF ALAMEDA [F.R.C.P. Rule 41]**<br><br>Complaint Filed: November 24, 2020<br>Trial Date:  Not assigned |

Elizabeth A. Mackenzie (CA Bar No. 202010)
City of Alameda
Chief Assistant City Attorney
2263 Santa Clara Avenue, #280
Alameda, CA 94501
Telephone: 510.747.4763
Email: emackenzie@alamedacityattorney.org

*Attorneys for Defendant*
*City of Alameda*

　　　　Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiffs Abdul

Nevarez and Priscilla Nevarez ("Plaintiffs"), and Defendant City of Alameda ("the City")

respectfully stipulate to voluntarily dismiss Plaintiffs' claims against the City in the above-

captioned action with prejudice, with the Court to retain jurisdiction over Plaintiffs, the City, and the action until August 8, 2024 or until all injunctive relief described in paragraphs 6(a-c) of Docket No. 48 (Consent Decree and Order between Plaintiffs, City of Alameda, and Dialemi, Inc. Only) and in Attachments A, B, C, & D to Docket No. 48 is completed, and Plaintiffs are notified of such completion, whichever occurs later. This continued jurisdiction is for the sole purpose of enforcement of the City's obligations under Docket No. 48.

Plaintiffs and the City are to bear his, her, or its own attorney and expert fees and costs as to Plaintiffs' claims against the City and the City's defense of the same.

DATED: February 27, 2023                    Respectfully Submitted,

                                            PEIFFER WOLF CARR KANE CONWAY &
                                            WISE, LLP

                                            */s/ Catherine Cabalo*
                                            By: Catherine Cabalo
                                            Attorneys for Plaintiffs
                                            Abdul Nevarez and Priscilla Nevarez

DATED: February 27, 2023                    Respectfully Submitted,

                                            CITY ATTORNEY, CITY OF ALAMEDA

                                            */s/ Elizabeth A. Mackenzie*
                                            By: Elizabeth A. Mackenzie
                                            Attorney for Defendant
                                            City of Alameda

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on February 27, 2023, I, Catherine Cabalo, received the concurrence of Elizabeth A. Mackenzie in the filing of this document.

DATED: February 27, 2023                    */s/ Catherine Cabalo*
                                            Catherine Cabalo