Catherine Cabalo (CA Bar No. 248198)
Peiffer Wolf Carr Kane Conway & Wise, LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415.766.3592
Facsimile: 415.402.0058
Email: ccabalo@peifferwolf.com

*Attorneys for Plaintiffs*
*Abdul Nevarez and Priscilla Nevarez*

David E. Goldman (CA Bar No. 76551)
Fennemore Wendel
1111 Broadway, 24th Floor
Oakland, CA 94607
Telephone: 510.834.6600
Facsimile: 510.834.1928
Email: dgoldman@fennemorelaw.com

*Attorneys for Defendant*
*Dialemi, Inc. dba Jim's on the Course*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL NEVAREZ and PRISCILLA NEVAREZ,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF ALAMEDA; GREENWAY GOLF ASSOCIATES, INC. dba CORICA PARK GOLF COURSE; DIALEMI, INC. dba JIM'S ON THE COURSE,<br><br>　　　　　Defendants. | Case No. 4:20-cv-08302-JST<br><u>Civil Rights</u><br><br>**STIPULATED DISMISSAL OF DEFENDANT DIALEMI, INC. AND [PROPOSED] ORDER**<br>**[F.R.C.P. Rule 41]**<br><br>Complaint Filed: November 24, 2020<br>Trial Date:  Not assigned |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiffs Abdul Nevarez and Priscilla Nevarez ("Plaintiffs"), and Defendant Dialemi, Inc. ("Dialemi") respectfully stipulate to voluntarily dismiss Plaintiffs' claims against Dialemi in the above-captioned action with prejudice, with the Court to retain jurisdiction over Plaintiffs, Dialemi, and

the action until August 8, 2024 or until all injunctive relief described in paragraphs 8(a-c) of Docket No. 48 (Consent Decree and Order between Plaintiffs, City of Alameda, and Dialemi, Inc. Only) and in Attachments B & C to Docket No. 48 is completed and Plaintiffs are notified of such completion, whichever occurs first. This continued jurisdiction is for the sole purpose of enforcement of Dialemi's obligations under Docket No. 48.

Unless as stated in Docket No. 48, Plaintiffs and Dialemi are to bear his, her, or its own attorney and expert fees and costs as to Plaintiffs' claims against Dialemi and Dialemi's defense of the same.

DATED: May 5, 2023					Respectfully Submitted,

							PEIFFER WOLF CARR KANE CONWAY & WISE, LLP

							*/s/ Catherine Cabalo*
							By: Catherine Cabalo
							Attorneys for Plaintiffs
							Abdul Nevarez and Priscilla Nevarez

DATED: May 5, 2023					Respectfully Submitted,

							FENNEMORE WENDEL

							*/s/ David E. Goldman*
							By: David E. Goldman
							Attorneys for Defendant
							DIALEMI, INC.

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on May 5, 2023, I, Catherine Cabalo, received the concurrence of David E. Goldman in the filing of this document.

DATED: May 5, 2023					*/s/ Catherine Cabalo*
							Catherine Cabalo

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, and for good cause shown, **IT IS SO ORDERED**.

DATED: _____, 2023

_____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE